FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jan P. Weir (SBN 106652)
Douglas Q. Hahn (SBN 257559)
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: (949) 725-4000  Fax: (949) 725-4100

ATTORNEYS FOR:  Plaintiff Preservation Technologies LLC

2011 DEC -2  AM 11: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PRESERVATION TECHNOLOGIES LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | **SACV11-01860 DOC (JPRx)** |
| v. | |
| GOOGLE INC. AND YOUTUBE, LLC, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

By Fax

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Preservation Technologies, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible
disqualification or recusal.  (Use additional sheet if necessary.)

|  PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

| Preservation Technologies LLC | Plaintiff |
|---|---|
| Swan Island Holding LLC | Parent of Preservation Technologies LLC |
| Digitude Innovations LLC | Parent of Swan Island Holdings LLC |
| Digital Innovations Holdings LLC | Parent of Digitude Innovations LLC |
| Altitude Capital Partners LLC | Managing Member of Digital Innovations Holdings LLC |
| Google Inc. | Defendant |
| YouTube LLC | Defendant |

12/02/2011
Date

Sign

Douglas Q. Hahn (SBN 257559)
Attorney of record for or party appearing in pro per