1 | Jan P. Weir, State Bar No. 106652
jweir@sycr.com
2 | Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
3 | Joseph J. Mellema, State Bar No. 248118
jmellema@sycr.com
4 | STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
5 | Newport Beach, CA  92660-6422
Tel: 949-725-4000
6 |
Attorneys for Plaintiffs
7 | Preservation Technologies LLC

**ORIGINAL**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## SOUTHERN DIVISION

11 | PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx)

12

13 |             Plaintiff, | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

14 |        vs.

15 | GOOGLE INC. AND YOUTUBE, LLC, | **JURY DEMANDED**

16 |             Defendants. | Complaint Filed: December 2, 2011

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1  Plaintiff Preservation Technologies LLC ("Preservation Technologies" or

2  "Plaintiff") alleges as follows:

3  ## THE PARTIES

4      1.    Plaintiff Preservation Technologies is a limited liability company

5  organized and existing under the laws of the State of Delaware, with its principal

6  place of business at 874 Walker Road, Suite C, Dover, Delaware 19904.

7      2.    Upon information and belief, Google Inc. ("Google") is a corporation

8  organized and existing under the laws of the State of Delaware, with a principal

9  place of business at 1600 Amphitheatre Parkway, Mountain View California

10 94043.

11     3.    Upon information and belief, YouTube, LLC ("YouTube" or

12 "Defendant") is a limited liability company organized and existing under the laws

13 of the State of Delaware, with a principal place of business at 901 Cherry Avenue,

14 San Bruno, California 94066.  Upon information and belief, YouTube is wholly-

15 owned subsidiary of Google.  Collectively YouTube and Google are "Defendants."

16

17 ## JURISDICTION AND VENUE

18     4.    This is an action for infringement of United States patents arising

19 under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject

20 matter jurisdiction of the action under Title 28 U.S.C. §1331 and §1338(a).

21     5.    Upon information and belief, personal jurisdiction by this Court over

22 Defendants is proper based upon their residence within the State of California and

23 also Defendants having regularly conducted business, including the acts

24 complained of herein, within the State of California and this judicial district and/or

25 deriving substantial revenue from goods and services provided to individuals in

26 California and in this judicial district.

27     6.    Venue properly lies in this district under the provisions of 28 U.S.C.

28 § 1391 because Defendants resides in the district, because Defendants have

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1 purposely and repeatedly availed themselves of the privilege of doing business

2 within the district, and because a substantial part of the events giving rise to the

3 claims herein occurred in this district.

4

5 **THE PATENTS-IN-SUIT**

6       7.    On September 22, 1998, United States Patent No. 5,813,014 ("the

7 '014 Patent") was duly and legally issued for a "Method and Apparatus for

8 Management of Multimedia Assets." A true and correct copy of the '014 Patent is

9 attached hereto as Exhibit "A."

10       8.    On November 3, 1998, United States Patent No. 5,832,499 ("the '499

11 Patent") was duly and legally issued for a "Digital Library System." A true and

12 correct copy of the '499 Patent is attached hereto as Exhibit "B."

13       9.    On July 18, 2000, United States Patent No. 6,092,080 ("the '080

14 Patent") was duly and legally issued for a "Digital Library System." A true and

15 correct copy of the '080 Patent is attached hereto as Exhibit "C."

16       10.    On March 5, 2002, United States Patent No. 6,353,831 ("the '831

17 Patent") was duly and legally issued for a "Digital Library System." A true and

18 correct copy of the '831 Patent is attached hereto as Exhibit "D."

19       11.    On June 3, 2003, United States Patent No. 6,574,638 ("the '638

20 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing

21 Multimedia Data Using Surveying Data." A true and correct copy of the '638

22 Patent is attached hereto as Exhibit "E."

23       12.    On March 6, 2001, United States Patent No. 6,199,060 ("the '060

24 Patent") was duly and legally issued for a "Method and Apparatus Management of

25 Multimedia Assets." A true and correct copy of the '638 Patent is attached hereto

26 as Exhibit "F."

27       13.    On November 3, 1998, United States Patent No. 5,832,495 ("the '495

28 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1  Multimedia Data."  A true and correct copy of the '495 Patent is attached hereto as

2  Exhibit "G."

3      14.    On April 15, 2003, United States Patent No. 6,549,911 ("the '911

4  Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing

5  Multimedia Data."  A true and correct copy of the '495 Patent is attached hereto as

6  Exhibit "H."

7      15.    On April 3, 2001, United States Patent No. 6,212,527 ("the '527

8  Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing

9  Multimedia Data."  A true and correct copy of the '527 Patent is attached hereto as

10  Exhibit "I."

11

12                          **BACKGROUND**

13      16.    The technology taught in the Patents-in-Suit was developed by the

14  USC Shoah Foundation Institute ("Shoah") and its predecessors.  Shoah's impetus

15  was to gather, catalog and make available for access thousands of video

16  testimonies relative to the Holocaust.

17      17.    Upon information and belief, the Shoah Visual History Foundation

18  was established in 1994.  The original aim of the foundation was to gather video

19  testimonies from survivors and other witnesses of the Holocaust. Within several

20  years, the Foundation's Visual History Archive held nearly 52,000 video

21  testimonies in 32 languages, representing 56 countries; it is the largest archive of

22  its kind in the world.

23      18.    In January 2006, the Survivors of the Shoah Visual History

24  Foundation became part of the Dana and David Dornsife College of Letters, Arts

25  and Sciences at the University of Southern California in Los Angeles, where the

26  testimonies in the Visual History Archive are preserved.  Preservation

27  Technologies is the exclusive licensee of the '014, '499, '080, '831, '638, '495,

28  '911 and '527 patents (the "Patents-in-Suit").

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

19.     Preservation Technologies has all substantial rights and interest to the Patents-in-Suit, including the exclusive right to enforce the Patents-in-Suit against infringers, the right to prosecute this action and the right to recover for all past and future infringements thereof.

## COUNT 1

### *(Infringement of United States Patent No. 5,813,014 by YouTube)*

20.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-19 as if set forth in their entirety herein.

21.     Preservation Technologies is the owner of all substantial rights and interest to the '014 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

22.     Upon information and belief, YouTube owns and operates the website www.youtube.com which streams videos, television shows, movies and other video content to users over the Internet.  YouTube's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

23.     Upon information and belief, YouTube also provides related services, specifications and instructions to its customers.

24.     Upon information and belief, through its operation of the www.youtube.com website and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, YouTube has directly infringed one or more claims of the '014 Patent and/or YouTube induces and/or contributes to the infringements of one or more of the claims of the in the '014 Patent by others.

25.     Preservation Technologies has been damaged as a result of YouTube's infringing conduct complained of herein.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

26.     YouTube is, thus, liable to Preservation Technologies in an amount that adequately compensates it for YouTube's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

27.     Upon information and belief, YouTube's infringing conduct will continue unless enjoined by this Court.

## COUNT 2

### (Infringement of United States Patent No. 5,813,014 by Google)

28.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-27 as if set forth in their entirety herein.

29.     Preservation Technologies is the owner of all substantial rights and interest to the '014 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

30.     Upon information and belief, Google owns and operates the Android Market, available at, *inter alia*, https://market.android.com and through a variety of devices which streams videos, television shows, movies and other video content and provides other multimedia content to users over the Internet and phone networks.  Google's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

31.     Upon information and belief, Google also provides related services, specifications and instructions to its customers.

32.     Upon information and belief, through its operation of the Android Market and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, Google has directly infringed

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1   one or more claims of the '014 Patent and/or Google induces and/or contributes to
2   the infringements of one or more of the claims of the in the '014 Patent by others.

3       33.   Preservation Technologies has been damaged as a result of Google's
4   infringing conduct complained of herein.

5       34.   Google is, thus, liable to Preservation Technologies in an amount that
6   adequately compensates it for Google's infringements, which, by law, cannot be
7   less than a reasonable royalty, together with interest and costs as fixed by this
8   Court under 35 U.S.C. § 284.

9       35.   Upon information and belief, Google's infringing conduct will
10  continue unless enjoined by this Court.

11

12                          **COUNT 3**

13          *(Infringement of United States Patent No. 5,832,499 by YouTube)*

14      36.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-35 as if
15  set forth in their entirety herein.

16      37.   Preservation Technologies is the owner of all substantial rights and
17  interest to the '499 Patent with the exclusive right to enforce such patent against
18  infringers, and collect damages for all relevant times, including the right to
19  prosecute this action.

20      38.   Upon information and belief, YouTube owns and operates the website
21  www.youtube.com which streams videos, television shows, movies and other
22  video content to users over the Internet.  YouTube's infringement is related to the
23  cataloguing, organizing, searching, rating, provisioning, maintaining, storing and
24  distribution of multimedia data.

25      39.   Upon information and belief, YouTube also provides related services,
26  specifications and instructions to its customers.

27      40.   Upon information and belief, through its operation of the
28  www.youtube.com website and components associated therewith, which it uses,

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-6-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1 *inter alia*, to collect, catalog, store, search and distribute multimedia data,

2 YouTube has directly infringed one or more claims of the '499 Patent and/or

3 YouTube induces and/or contributes to the infringements of one or more of the

4 claims of the in the '499 Patent by others.

5      41.    Preservation Technologies has been damaged as a result of

6 YouTube's infringing conduct complained of herein.

7      42.    YouTube is, thus, liable to Preservation Technologies in an amount

8 that adequately compensates it for YouTube's infringements, which, by law,

9 cannot be less than a reasonable royalty, together with interest and costs as fixed

10 by this Court under 35 U.S.C. § 284.

11      43.    Upon information and belief, YouTube's infringing conduct will

12 continue unless enjoined by this Court.

13

14 ## **COUNT 4**

15 ### *(Infringement of United States Patent No. 5,832,499 by Google)*

16      44.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-43 as if

17 set forth in their entirety herein.

18      45.    Preservation Technologies is the owner of all substantial rights and

19 interest to the '499 Patent with the exclusive right to enforce such patent against

20 infringers, and collect damages for all relevant times, including the right to

21 prosecute this action.

22      46.    Upon information and belief, Google owns and operates the Android

23 Market, available at, *inter alia*, https://market.android.com and through a variety of

24 devices which streams videos, television shows, movies and other video content

25 and provides other multimedia content to users over the Internet and phone

26 networks.  Google's infringement is related to the cataloguing, organizing,

27 searching, rating, provisioning, maintaining, storing and distribution of multimedia

28 data.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT
DOCSOC/1532970v1/019999-0000

47.     Upon information and belief, Google also provides related services, specifications and instructions to its customers.

48.     Upon information and belief, through its operation of the Android Market and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, Google has directly infringed one or more claims of the '499 Patent and/or Google induces and/or contributes to the infringements of one or more of the claims of the in the '499 Patent by others.

49.     Preservation Technologies has been damaged as a result of Google's infringing conduct complained of herein.

50.     Google is, thus, liable to Preservation Technologies in an amount that adequately compensates it for Google's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

51.     Upon information and belief, Google's infringing conduct will continue unless enjoined by this Court.

## COUNT 5

### *(Infringement of United States Patent No. 6,092,080 by YouTube)*

52.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-51 as if set forth in their entirety herein.

53.     Preservation Technologies is the owner of all substantial rights and interest to the '080 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

54.     Upon information and belief, YouTube owns and operates the website www.youtube.com which streams videos, television shows, movies and other video content to users over the Internet.  YouTube's infringement is related to the

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-8-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

55.     Upon information and belief, YouTube also provides related services, specifications and instructions to its customers.

56.     Upon information and belief, through its operation of the www.youtube.com website and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, YouTube has directly infringed one or more claims of the '080 Patent and/or YouTube induces and/or contributes to the infringements of one or more of the claims of the in the '080 Patent by others.

57.     Preservation Technologies has been damaged as a result of YouTube's infringing conduct complained of herein.

58.     YouTube is, thus, liable to Preservation Technologies in an amount that adequately compensates it for YouTube's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

59.     Upon information and belief, YouTube's infringing conduct will continue unless enjoined by this Court.

## COUNT 6

### *(Infringement of United States Patent No. 6,092,080 by Google)*

60.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-59 as if set forth in their entirety herein.

61.     Preservation Technologies is the owner of all substantial rights and interest to the '080 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-9-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1    62.    Upon information and belief, Google owns and operates the Android

2   Market, available at, *inter alia*, https://market.android.com and through a variety of

3   devices which streams videos, television shows, movies and other video content

4   and provides other multimedia content to users over the Internet and phone

5   networks.  Google's infringement is related to the cataloguing, organizing,

6   searching, rating, provisioning, maintaining, storing and distribution of multimedia

7   data.

8    63.    Upon information and belief, Google also provides related services,

9   specifications and instructions to its customers.

10    64.    Upon information and belief, through its operation of the Android

11   Market and components associated therewith, which it uses, *inter alia*, to collect,

12   catalog, store, search and distribute multimedia data, Google has directly infringed

13   one or more claims of the '080 Patent and/or Google induces and/or contributes to

14   the infringements of one or more of the claims of the in the '080 Patent by others.

15    65.    Preservation Technologies has been damaged as a result of Google's

16   infringing conduct complained of herein.

17    66.    Google is, thus, liable to Preservation Technologies in an amount that

18   adequately compensates it for Google's infringements, which, by law, cannot be

19   less than a reasonable royalty, together with interest and costs as fixed by this

20   Court under 35 U.S.C. § 284.

21    67.    Upon information and belief, Google's infringing conduct will

22   continue unless enjoined by this Court.

23

24                              **COUNT 7**

25       ***(Infringement of United States Patent No. 6,353,831 by YouTube)***

26    68.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-67 as if

27   set forth in their entirety herein.

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-10-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

69. Preservation Technologies is the owner of all substantial rights and interest to the '831 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

70. Upon information and belief, YouTube owns and operates the website www.youtube.com which streams videos, television shows, movies and other video content to users over the Internet. YouTube's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

71. Upon information and belief, YouTube also provides related services, specifications and instructions to its customers.

72. Upon information and belief, through its operation of the www.youtube.com website and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, YouTube has directly infringed one or more claims of the '831 Patent and/or YouTube induces and/or contributes to the infringements of one or more of the claims of the in the '831 Patent by others.

73. Preservation Technologies has been damaged as a result of YouTube's infringing conduct complained of herein.

74. YouTube is, thus, liable to Preservation Technologies in an amount that adequately compensates it for YouTube's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

75. Upon information and belief, YouTube's infringing conduct will continue unless enjoined by this Court.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-11-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT
DOCSOC/1532970v1/019999-0000

## COUNT 8

### *(Infringement of United States Patent No. 6,353,831 by Google)*

76.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-75 as if set forth in their entirety herein.

77.    Preservation Technologies is the owner of all substantial rights and interest to the '831 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

78.    Upon information and belief, Google owns and operates the Android Market, available at, *inter alia*, https://market.android.com and through a variety of devices which streams videos, television shows, movies and other video content and provides other multimedia content to users over the Internet and phone networks.  Google's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

79.    Upon information and belief, Google also provides related services, specifications and instructions to its customers.

80.    Upon information and belief, through its operation of the Android Market and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, Google has directly infringed one or more claims of the '831 Patent and/or Google induces and/or contributes to the infringements of one or more of the claims of the in the '831 Patent by others.

81.    Preservation Technologies has been damaged as a result of Google's infringing conduct complained of herein.

82.    Google is, thus, liable to Preservation Technologies in an amount that adequately compensates it for Google's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1    83.    Upon information and belief, Google's infringing conduct will

2  continue unless enjoined by this Court.

3

4                              **COUNT 9**

5        *(Infringement of United States Patent No. 6,574,638 by YouTube)*

6    84.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-83 as if

7  set forth in their entirety herein.

8    85.    Preservation Technologies is the owner of all substantial rights and

9  interest to the '683 Patent with the exclusive right to enforce such patent against

10  infringers, and collect damages for all relevant times, including the right to

11  prosecute this action.

12    86.    Upon information and belief, YouTube owns and operates the website

13  www.youtube.com which streams videos, television shows, movies and other

14  video content to users over the Internet.  YouTube's infringement is related to the

15  cataloguing, organizing, searching, rating, provisioning, maintaining, storing and

16  distribution of multimedia data and other data associated with multimedia data,

17  including, but not limited to, survey data.

18    87.    Upon information and belief, YouTube also provides related services,

19  specifications and instructions to its customers.

20    88.    Upon information and belief, through its operation of the

21  www.youtube.com website and components associated therewith, which it uses,

22  *inter alia*, to collect, catalog, store, search and distribute multimedia data,

23  YouTube has directly infringed one or more claims of the '683 Patent and/or

24  YouTube induces and/or contributes to the infringements of one or more of the

25  claims of the in the '683 Patent by others.

26    89.    Preservation Technologies has been damaged as a result of

27  YouTube's infringing conduct complained of herein.

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-13-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

90.     YouTube is, thus, liable to Preservation Technologies in an amount that adequately compensates it for YouTube's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

91.     Upon information and belief, YouTube's infringing conduct will continue unless enjoined by this Court.

## COUNT 10

### (Infringement of United States Patent No. 6,574,638 by Google)

92.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-91 as if set forth in their entirety herein.

93.     Preservation Technologies is the owner of all substantial rights and interest to the '683 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

94.     Upon information and belief, Google owns and operates the Android Market, available at, *inter alia*, https://market.android.com and through a variety of devices which streams videos, television shows, movies and other video content and provides other multimedia content to users over the Internet and phone networks.  Google's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data and other data associated with multimedia data, including, but not limited to, survey data.

95.     Upon information and belief, Google also provides related services, specifications and instructions to its customers.

96.     Upon information and belief, through its operation of the Android Market and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, Google has directly

-14-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1    infringed one or more claims of the '683 Patent and/or Google induces and/or

2    contributes to the infringements of one or more of the claims of the in the '683

3    Patent by others.

4        97.    Preservation Technologies has been damaged as a result of Google's

5    infringing conduct complained of herein.

6        98.    Google is, thus, liable to Preservation Technologies in an amount that

7    adequately compensates it for Google's infringements, which, by law, cannot be

8    less than a reasonable royalty, together with interest and costs as fixed by this

9    Court under 35 U.S.C. § 284.

10       99.    Upon information and belief, Google's infringing conduct will

11   continue unless enjoined by this Court.

12

13                              **COUNT 11**

14            *(Infringement of United States Patent No. 6,166,060)*

15       100.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-99 as if

16   set forth in their entirety herein.

17       101.   Preservation Technologies is the owner of all substantial rights and

18   interest to the '060 Patent with the exclusive right to enforce such patent against

19   infringers, and collect damages for all relevant times, including the right to

20   prosecute this action.

21       102.   Upon information and belief, Google, through its Google TV

22   platform, provides an interface and protocol to communicate between components

23   of a multimedia system.  The infringing Google TV platform enables the search,

24   request, retrieval, and transmittal of multimedia data among the components of a

25   multimedia system.

26       103.   Upon information and belief, Google also provides related services,

27   specifications and instructions to its customers.

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-15-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

104.   Upon information and belief, through its Google TV platform, Google has directly infringed one or more claims of the '060 Patent and/or Google induces and/or contributes to the infringements of one or more of the claims of the in the '060 Patent by others.

105.   Preservation Technologies has been damaged as a result of Google's infringing conduct complained of herein.

106.   Google is, thus, liable to Preservation Technologies in an amount that adequately compensates it for Google's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

107.   Upon information and belief, Google's infringing conduct will continue unless enjoined by this Court.

## COUNT 12

### (Infringement of United States Patent No. 5,832,495 by Google)

108.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-107 as if set forth in their entirety herein.

109.   Preservation Technologies is the owner of all substantial rights and interest to the '495 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

110.   Upon information and belief, Google owns and operates the Android Market, available at, *inter alia*, https://market.android.com and through a variety of devices which streams videos, television shows, movies and other video content and provides other multimedia content to users over the Internet and phone networks.  Google's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, creating and managing relationships, storing and distribution of multimedia data.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-16-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1    111.   Upon information and belief, Google also provides related services,

2    specifications and instructions to its customers.

3    112.   Upon information and belief, through its operation of the Android

4    Market and components associated therewith, which it uses, *inter alia*, to collect,

5    catalog, store, search and distribute multimedia data, Google has directly infringed

6    one or more claims of the '495 Patent and/or Google induces and/or contributes to

7    the infringements of one or more of the claims of the in the '495 Patent by others.

8    113.   Preservation Technologies has been damaged as a result of Google's

9    infringing conduct complained of herein.

10   114.   Google is, thus, liable to Preservation Technologies in an amount that

11   adequately compensates it for Google's infringements, which, by law, cannot be

12   less than a reasonable royalty, together with interest and costs as fixed by this

13   Court under 35 U.S.C. § 284.

14   115.   Upon information and belief, Google's infringing conduct will

15   continue unless enjoined by this Court.

16

17   **COUNT 13**

18   ***(Infringement of United States Patent No. 6,549,911 by YouTube)***

19   116.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-115 as

20   if set forth in their entirety herein.

21   117.   Preservation Technologies is the owner of all substantial rights and

22   interest to the '911 Patent with the exclusive right to enforce such patent against

23   infringers, and collect damages for all relevant times, including the right to

24   prosecute this action.

25   118.   Upon information and belief, YouTube owns and operates the website

26   www.youtube.com which streams videos, television shows, movies and other

27   video content to users over the Internet.  YouTube's infringement is related to the

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-17-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT
DOCSOC/1532970v1/019999-0000

1   cataloguing, organizing, searching, rating, provisioning, maintaining, creating and

2   maintaining relationships, storing and distribution of multimedia data.

3       119.   Upon information and belief, YouTube also provides related services,

4   specifications and instructions to its customers.

5       120.   Upon information and belief, through its operation of the

6   www.youtube.com website and components associated therewith, which it uses,

7   *inter alia*, to collect, catalog, store, search and distribute multimedia data,

8   YouTube has directly infringed one or more claims of the '911 Patent and/or

9   YouTube induces and/or contributes to the infringements of one or more of the

10  claims of the in the '911 Patent by others.

11      121.   Preservation Technologies has been damaged as a result of

12  YouTube's infringing conduct complained of herein.

13      122.   YouTube is, thus, liable to Preservation Technologies in an amount

14  that adequately compensates it for YouTube's infringements, which, by law,

15  cannot be less than a reasonable royalty, together with interest and costs as fixed

16  by this Court under 35 U.S.C. § 284.

17      123.   Upon information and belief, YouTube's infringing conduct will

18  continue unless enjoined by this Court.

19

20                          **COUNT 14**

21      *(Infringement of United States Patent No. 6,212,527 by YouTube)*

22      124.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-123 as

23  if set forth in their entirety herein.

24      125.   Preservation Technologies is the owner of all substantial rights and

25  interest to the '527 Patent with the exclusive right to enforce such patent against

26  infringers, and collect damages for all relevant times, including the right to

27  prosecute this action.

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-18-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

126.   Upon information and belief, YouTube owns and operates the website www.youtube.com which streams videos, television shows, movies and other video content to users over the Internet.  YouTube's infringement is related to the cataloguing, organizing, searching, rating, provisioning, maintaining, storing and distribution of multimedia data.

127.   Upon information and belief, YouTube also provides related services, specifications and instructions to its customers.

128.   Upon information and belief, through its operation of the www.youtube.com website and components associated therewith, which it uses, *inter alia*, to collect, catalog, store, search and distribute multimedia data, YouTube has directly infringed one or more claims of the '527 Patent and/or YouTube induces and/or contributes to the infringements of one or more of the claims of the in the '527 Patent by others.

129.   Preservation Technologies has been damaged as a result of YouTube's infringing conduct complained of herein.

130.   YouTube is, thus, liable to Preservation Technologies in an amount that adequately compensates it for YouTube's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

131.   Upon information and belief, YouTube's infringing conduct will continue unless enjoined by this Court.

## COUNT 15

### *(Infringement of United States Patent No. 6,212,527 by Google)*

132.   Plaintiff repeats and re-alleges the allegations in paragraphs 1-131 as if set forth in their entirety herein.

133.   Preservation Technologies is the owner of all substantial rights and interest to the '527 Patent with the exclusive right to enforce such patent against

-19-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1   infringers, and collect damages for all relevant times, including the right to

2   prosecute this action.

3         134.   Upon information and belief, Google owns and operates the Android

4   Market, available at, *inter alia*, https://market.android.com and through a variety of

5   devices which streams videos, television shows, movies and other video content

6   and provides other multimedia content to users over the Internet and phone

7   networks.  Google's infringement is related to the cataloguing, organizing,

8   searching, rating, provisioning, maintaining, storing and distribution of multimedia

9   data.

10        135.   Upon information and belief, Google also provides related services,

11  specifications and instructions to its customers.

12        136.   Upon information and belief, through its operation of the Android

13  Market and components associated therewith, which it uses, *inter alia*, to collect,

14  catalog, store, search and distribute multimedia data, Google has directly infringed

15  one or more claims of the '527 Patent and/or Google induces and/or contributes to

16  the infringements of one or more of the claims of the in the '527 Patent by others.

17        137.   Preservation Technologies has been damaged as a result of Google's

18  infringing conduct complained of herein.

19        138.   Google is, thus, liable to Preservation Technologies in an amount that

20  adequately compensates it for Google's infringements, which, by law, cannot be

21  less than a reasonable royalty, together with interest and costs as fixed by this

22  Court under 35 U.S.C. § 284.

23        139.   Upon information and belief, Google's infringing conduct will

24  continue unless enjoined by this Court.

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-20-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1

## **JURY DEMAND**

2          Preservation Technologies hereby requests a trial by jury pursuant to Rule

3   38 of the Federal Rules of Civil Procedure.

4

5

## **PRAYER FOR RELIEF**

6          Preservation Technologies requests that the Court find in its favor and

7   against Defendants, and that the Court grant Preservation Technologies the

8   following relief:

9          a.      Judgment that one or more claims of United States Patent Nos.

10  5,813,014, 5,832,499, 6,092,080, 6,353,831, 6,574,638, 6,549,911 and 6,212,527

11  have been infringed, either literally and/or under the doctrine of equivalents, by

12  YouTube and/or by others to whose infringements YouTube has contributed and/or

13  by others whose infringements has been induced by YouTube;

14         b.      Judgment that one or more claims of United States Patent Nos.

15  5,813,014, 5,832,499, 6,092,080, 6,353,831, 6,574,638, 6,166,060, 5,832,495 and

16  6,212,527 have  been infringed, either literally and/or under the doctrine of

17  equivalents, by Google and/or by others to whose infringements Google has

18  contributed and/or by others whose infringements has been induced by Google;

19         c.      Judgment that Defendants account for and pays to Preservation

20  Technologies all damages to and costs incurred by Preservation Technologies

21  because of Defendants' infringing activities and other conduct complained of

22  herein;

23         d.      That Defendants' infringements be found to be willful from the time

24  that Defendants became aware of their acts of infringement, which is the time of

25  filing of Preservation Technologies' Complaint at the latest, and that the Court

26  award treble damages for the period of such willful infringement pursuant to 35

27  U.S.C. § 284;

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-21-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

1        e.      That Preservation Technologies be granted pre judgment and post

2    judgment interest on the damages caused by Defendants' infringing activities and

3    other conduct complained of herein;

4        f.      That the Court declare this an exceptional case and award

5    Preservation Technologies its reasonable attorneys' fees and costs in accordance

6    with 35 U.S.C. § 285; and

7        g.      That Preservation Technologies be granted such other and further

8    relief as the Court may deem just and proper under the circumstances.

9    Dated:  January 3, 2012             STRADLING YOCCA CARLSON &
                                         RAUTH
10

11                                       By: _____

12                                          Jan P. Weir
                                            Douglas Q. Hahn
13                                          Joseph J. Mellema

14
                                         Attorneys for Plaintiffs
15                                       Preservation Technologies LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-22-

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1532970v1/019999-0000

**EXHIBIT A**

US005813014A

# United States Patent [19]

## Gustman

| [11] | Patent Number: | **5,813,014** |
|---|---|---|
| [45] | Date of Patent: | **Sep. 22, 1998** |

[54] **METHOD AND APPARATUS FOR MANAGEMENT OF MULTIMEDIA ASSETS**

[75] Inventor: **Samuel Gustman**, Santa Monica, Calif.

[73] Assignee: **Survivors of the Shoah Visual History Foundation**, Los Angeles, Calif.

[21] Appl. No.: **678,727**

[22] Filed: **Jul. 10, 1996**

[51] Int. Cl.⁶ ................................................. G06F 17/30

[52] U.S. Cl. ............................. 707/103; 707/3; 707/103; 707/104; 707/102; 707/1; 707/4

[58] Field of Search ......................... 395/615, 284, 395/285, 806, 701, 601–10, 610–619, 620–29; 434/500, 308; 707/1, 3, 103, 4, 102, 104

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,192,999 | 3/1993 | Graczyk et al. | 348/552 |
| 5,241,671 | 8/1993 | Reed | 707/104 |
| 5,283,638 | 2/1994 | Enberg et al. | 348/141 |
| 5,283,819 | 2/1994 | Glick et al. | 379/93.01 |
| 5,297,249 | 3/1994 | Bernstein et al. | 345/356 |
| 5,307,456 | 4/1994 | MacKay | 345/328 |
| 5,402,499 | 3/1995 | Robison et al. | 381/119 |
| 5,404,506 | 4/1995 | Fujisawa | 707/4 |
| 5,428,730 | 6/1995 | Baker et al. | 345/335 |
| 5,434,592 | 7/1995 | Diawiddie, Jr. et al. | 345/133 |
| 5,436,898 | 7/1995 | Bowen et al. | 370/352 |
| 5,450,581 | 9/1995 | Bergen et al. | 707/9 |
| 5,530,852 | 6/1996 | Meske, Jr. et al. | 395/200.36 |
| 5,608,900 | 3/1997 | Dockter et al. | 707/102 |
| 5,630,121 | 5/1997 | Braden-Harder | 707/102 |
| 5,649,185 | 7/1997 | Antognini et al. | 707/9 |
| 5,649,186 | 7/1997 | Ferguson | 707/10 |

### OTHER PUBLICATIONS

Musei Vaticani, Internet, (http://www.virtual.co.il/orgs/orgs/archival/bookintr.htm), pp. 1–10, Dec. 8, 1994.
The Judaica Archival Project, Internet, (http://www.virtual-.co.il.orgs/archiva/bookintr.htm), pp. 1–11, Apr. 1996.

Primary Examiner—Wayne Amsbury
Assistant Examiner—Diane D. Mizvahi
Attorney, Agent, or Firm—Hecker & Harriman

[57] **ABSTRACT**

The invention is a generalized solution for management of multimedia assets. Generalized interfaces are used between a browser component, indexing server, archive server, tertiary storage manager, and method player components. The generalized interface defines a communication protocol that can be used by any browser, indexing server, archive server, tertiary storage manager, or method player component. Thus, system components supplied by multiple vendors can be interconnected to form a multimedia system that communicates using the generalized interfaces of the invention. A browser component can accept input such as search requests and display multimedia data. An indexing server component includes a data catalogue that catalogues multimedia data. The catalogue can be used to identify catalogue elements associated with data that can satisfy a search request. A search mechanism is used to identify the desired multimedia data. A search mechanism can create additional catalogues that are a subset of the catalogue provided on the indexing server. An archive server identifies a tertiary storage manager that manages the store containing the multimedia data. The tertiary storage manager retrieves the corresponding multimedia data from its store and sends it to a method play which plays it in a display region of the browser. The invention retains the content and results of a search such that it is only necessary to perform a search once. Search elements are used to store the content of a search, i.e., search criteria. A segment element is used to store the results of a search.

**34 Claims, 24 Drawing Sheets**