1  Jan P. Weir, State Bar No. 106652
   jweir@sycr.com
2  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
3  Joseph J. Mellema, State Bar No. 248118
   jmellema@sycr.com
4  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
5  Newport Beach, CA  92660-6422
   Tel: 949-725-4000
6
   Attorneys for Plaintiff
7  Preservation Technologies LLC
   against all Defendants
8
   Andrew G. DiNovo (*pro hac vice*)
9  adinovo@dpelaw.com
   Adam G. Price (*pro hac vice*)
10 aprice@dpelaw.com
   DINOVO PRICE ELLWANGER & HARDY LLP
11 7000 North MoPac Expressway, Suite 350
   Austin, TX  78731
12 Tel: 512-539-2626
13
   Attorneys for Plaintiff
14 Preservation Technologies LLC
   against  Netflix, Inc., Amazon.com, Facebook, Inc.,
15 Sony Electronics Inc., Crackle, Inc., Hulu, LLC, DISH Network Corp.,
   AT&T, Inc., AT&T Services, Inc. Cox Communications, Inc.,
16 and Time Warner Cable, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>              Plaintiff,<br><br>   vs.<br><br>GOOGLE, INC.; YOUTUBE, LLC; NETFLIX, INC.; AMAZON.COM; FACEBOOK, INC.; SONY ELECTRONICS INC.; CRACKLE, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T, INC.; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.;  AND TIME WARNER CABLE, INC.<br><br>              Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY DEMANDED**<br><br>Complaints Filed: December 2, 2011, February 8, 2012 and March 6, 2012 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

Plaintiff Preservation Technologies LLC ("Preservation Technologies" or "Plaintiff") alleges as follows:

## **THE PARTIES**

1.      Plaintiff Preservation Technologies is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 874 Walker Road, Suite C, Dover, Delaware 19904.

2.      Upon information and belief, Google Inc. ("Google") is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 1600 Amphitheatre Parkway, Mountain View California 94043.

3.      Upon information and belief, YouTube, LLC ("YouTube") is a limited liability company organized and existing under the laws of the State of Delaware, with a principal place of business at 901 Cherry Avenue, San Bruno, California 94066.  Upon information and belief, YouTube is wholly-owned subsidiary of Google.

4.      Upon information and belief, Netflix, Inc. ("Netflix") is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 100 Winchester Circle, Los Gatos, California 95032.  Netflix can be served with process by serving its registered agent for service of process in the State of California, National Registered Agents, Inc., 2875 Michelle Drive, Suite 100, Irvine, California 92606.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

5.     Upon information and belief, Amazon.com ("Amazon") is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 410 Terry Avenue North, Seattle, Washington 98109. Amazon can be served with process by serving its registered agent for service of process in the State of Washington, Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, Washington 98501.

6.     Upon information and belief, Facebook, Inc. ("Facebook") is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 1601 S. California Avenue, Palo Alto, California 94304.  Facebook can be served with process by serving its registered agent for service of process in the State of California, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

7.     Upon information and belief, Sony Electronics Inc. ("Sony") is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 16530 Via Esprillo, San Diego, California 92127. Sony can be served with process by serving its registered agent for service of process in the State of California, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

8.     Upon information and belief, Crackle, Inc. ("Crackle") is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 10202 West Washington Boulevard, SPP 1132, Culver City, California 90232.  Crackle can be served with process by serving its

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1   registered agent for service of process in the State of California, Sony Pictures

2   Entertainment, Inc., 10202 West Washington Boulevard, Culver City, California

3   90232.

4

5       9.    Upon information and belief, Hulu, LLC ("Hulu") is a limited liability

6   company organized and existing under the laws of the State of Delaware, with a

7   place of business located at 12312 W. Olympia Blvd, Los Angeles, California

8   90064. Hulu can be served with process by serving its registered agent for service

9   of process in the State of Delaware, The Prentice-Hall Corporation System, Inc.,

10   2711 Centerville Road Suite 400, Wilmington, Delaware 19808.

11

12       10.    Upon information and belief, DISH Network Corporation ("DISH") is

13   a corporation organized and existing under the laws of the State of Nevada, with a

14   place of business located at 9601 S. Meridian Boulevard, Englewood, Colorado

15   80112. DISH can be served with process by serving its registered agent for service

16   of process in the State of Colorado, R. Stanton Dodge, 9601 S. Meridian

17   Boulevard, Englewood, Colorado 80112.

18

19       11.    Upon information and belief, AT&T Inc. is a corporation organized

20   and existing under the laws of the State of Delaware, with a principal place of

21   business at 208 S. Akard Street, Dallas, Texas 75202. AT&T can be served with

22   process by serving its registered agent for service of process in the State of

23   Delaware, The Corporation Trust Company, Corporation Trust Center, 1209

24   Orange Street, Wilmington, Delaware 19801.

25

26       12.    Upon information and belief, AT&T Services, Inc. is a corporation

27   organized and existing under the laws of the State of Delaware, with a principal

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1   place of business at 1010 N. St. Mary's St., Rm. 9-002, San Antonio TX 78215.

2   AT&T Services, Inc. can be served with process by serving its registered agent for

3   service of process in the State of California, C T Corporation System, 818 W.

4   Seventh St., Los Angeles, CA 90017.  Collectively AT&T, Inc. and AT&T

5   Services, Inc. are referred to as "AT&T."

6

7       13.     Upon information and belief, Cox Communications, Inc. ("Cox") is a

8   corporation organized and existing under the laws of the State of Delaware, with a

9   place of business located at 1400 Lake Hearn Dr., Mail Stop CP-12, Atlanta,

10  Georgia 30319.  Cox can be served with process by serving its registered agent for

11  service of process in the State of Delaware, Corporation Service Company, 2711

12  Centerville Road, Suite 400, Wilmington, Delaware 19808.

13

14      14.     Upon information and belief, Time Warner Cable, Inc. ("Time

15  Warner") is a corporation organized and existing under the laws of the State of

16  Delaware, with a place of business located at 60 Columbus Circle, New York, New

17  York 10023.  Time Warner can be served with process by serving its registered

18  agent for service of process in the State of Delaware, The Corporation Trust

19  Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware

20  19801.

21

22      15.     Collectively Google, YouTube, Netflix, Amazon, Facebook, Sony,

23  Crackle, Hulu, DISH, AT&T, Cox, and Time Warner are "Defendants."

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

## JURISDICTION AND VENUE

16.   This is an action for infringement of United States patents arising under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction of the action under Title 28 U.S.C. §1331 and §1338(a).

17.   Upon information and belief, personal jurisdiction by this Court over Defendants is proper based upon their residence within the State of California and also Defendants having regularly conducted business, including the acts complained of herein, within the State of California and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in California and in this judicial district.

18.   Venue properly lies in this district under the provisions of 28 U.S.C. § 1391 because Defendants resides in the district, because Defendants have purposely and repeatedly availed themselves of the privilege of doing business within the district, and because a substantial part of the events giving rise to the claims herein occurred in this district.

## THE PATENTS-IN-SUIT

19.   On September 22, 1998, United States Patent No. 5,813,014 ("the '014 Patent") was duly and legally issued for a "Method and Apparatus for Management of Multimedia Assets."  The invention disclosed by the '014 patent is a generalized solution for management of multimedia assets comprising interfaces between various components of a multimedia system.  These interfaces provide for communication between the components to accomplish searching for and retrieving multimedia assets.  A true and correct copy of the '014 Patent is attached hereto as Exhibit "A."

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

20.    On November 3, 1998, United States Patent No. 5,832,499 ("the '499 Patent") was duly and legally issued for a "Digital Library System." The invention disclosed by the '499 patent relates to a digital library system that includes systems and mechanisms for capturing, managing, and distributing multimedia data. A true and correct copy of the '499 Patent is attached hereto as Exhibit "B."

21.    On July 18, 2000, United States Patent No. 6,092,080 ("the '080 Patent") was duly and legally issued for a "Digital Library System." The invention disclosed by the '080 patent relates to a digital library system that includes systems and mechanisms for capturing, managing, and distributing multimedia data. A true and correct copy of the '080 Patent is attached hereto as Exhibit "C."

22.    On March 5, 2002, United States Patent No. 6,353,831 ("the '831 Patent") was duly and legally issued for a "Digital Library System." The invention disclosed by the '831 patent relates to a digital library system that includes systems and mechanisms for capturing, managing, and distributing multimedia data. A true and correct copy of the '831 Patent is attached hereto as Exhibit "D."

23.    On June 3, 2003, United States Patent No. 6,574,638 ("the '638 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing Multimedia Data Using Surveying Data." The invention disclosed by the '638 patent relates to a method and apparatus in which survey data collected from different survey versions may be retained in a database and used to catalog multimedia data. A true and correct copy of the '638 Patent is attached hereto as Exhibit "E."

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-6-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

24.     On March 6, 2001, United States Patent No. 6,199,060 ("the '060 Patent") was duly and legally issued for a "Method and Apparatus Management of Multimedia Assets." The invention disclosed by the '060 patent relates to a generalized solution for management of multimedia assets comprising interfaces between various components of a multimedia system. These interfaces provide for communication between the components to accomplish searching for and retrieving multimedia assets. A true and correct copy of the '060 Patent is attached hereto as Exhibit "F."

25.     On November 3, 1998, United States Patent No. 5,832,495 ("the '495 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing Multimedia Data." The invention disclosed by the '495 patent relates to cataloguing of data such as multimedia data. It comprises a catalog including one or more catalog elements, each of which has one or more attributes. These attributes may be used to build one or more indices that can be used to facilitate catalog access. A true and correct copy of the '495 Patent is attached hereto as Exhibit "G."

26.     On April 15, 2003, United States Patent No. 6,549,911 ("the '911 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing Multimedia Data." The invention disclosed by the '911 patent relates to cataloguing of data such as multimedia data. It comprises a catalog including one or more catalog elements, each of which has one or more attributes. These attributes may be used to build one or more indices that can be used to facilitate catalog access. A true and correct copy of the '911 Patent is attached hereto as Exhibit "H."

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

27.     On April 3, 2001, United States Patent No. 6,212,527 ("the '527 Patent") was duly and legally issued for a "Method and Apparatus for Cataloguing Multimedia Data." The invention disclosed by the '527 patent relates to cataloguing of data such as multimedia data. It comprises a catalog including one or more catalog elements, each of which has one or more attributes. These attributes may be used to build one or more indices that can be used to facilitate catalog access. A true and correct copy of the '527 Patent is attached hereto as Exhibit "I."

28.     On June 17, 2003, United States Patent No. 6,581,071 ("the '071 Patent") was duly and legally issued for a "Surveying System and Method." The invention disclosed by the '071 patent relates to a method and apparatus in which survey data collected from different survey versions may be retained in a database and used to catalog multimedia data. A true and correct copy of the '071 Patent is attached hereto as Exhibit "J."

29.     On February 22, 2001, United States Patent No. 6,477,537 ("the '537 Patent") was duly and legally issued for a "Method and Apparatus for Management of Multimedia Assets." The invention disclosed by the '537 patent relates to a generalized solution for management of multimedia assets comprising interfaces between various components of a multimedia system. These interfaces provide for communication between the components to accomplish searching for and retrieving multimedia assets. A true and correct copy of the '537 Patent is attached hereto as Exhibit "K." All of the foregoing are collectively referred to herein as the "Patents."

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-8-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

**BACKGROUND**

30.     The USC Shoah Foundation developed the patented technology.  Its impetus was to gather, catalog and make available for access thousands of video testimonies.  In January 2006, the Survivors of the Shoah Visual History Foundation became part of the Dana and David Dornsife College of Letters, Arts and Sciences at the University of Southern California in Los Angeles, where the testimonies in the Visual History Archive are preserved.

31.     Preservation Technologies has all substantial rights and interest to the Patents-in-Suit, including all rights to recover for all past and future infringements thereof.

**DEFENDANTS' ACTS**

**Google**

32.     Google manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Google systems and methods include, but are not limited to, systems and methods relating to Google's Android Market (market.android.com), which, *inter alia*, provides an Internet- and application-based platform for the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, Google TV, particularly the Universal Plug 'n Play (UPnP) protocol, which, *inter alia*, facilitates the management, interfacing and communication of and between networked assets for the cataloguing, organizing, searching, rating, and provisioning of multimedia data, and related products.  In addition to the foregoing, Google also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.  The '060 patent is infringed at least by Google TV.  The '014, '499, '080, '831, '638, '495 and '527 patents are infringed at least by

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-9-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

Google's Android Market.  Google acquired knowledge of the Patents at least through direct notice and communication with Plaintiff.

**YouTube**

33.    YouTube manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing YouTube systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to YouTube's streaming videos, and related products.  In addition to the foregoing, YouTube also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

**Netflix**

34.    Netflix manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Netflix systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to Netflix's internet subscription service for streaming movies and television shows, and related products.  In addition to the foregoing, Netflix also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

**Amazon**

35.    Amazon manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Amazon systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to the foregoing functions for streaming movies,

-10-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1552938v1/102298-0001

1  television shows, and music, such as Amazon Instant Video and MP3 downloads,

2  along with related products and services.  In addition to the foregoing, Amazon

3  also provides related services, specifications, and instructions for the installation

4  and operation of such systems to its customers.

5

6  **Facebook**

7      36.    Facebook manufactures, provides, sells, offers for sale, and/or

8  distributes infringing systems.  The infringing Facebook systems and methods

9  include, but are not limited to, systems and methods relating to the cataloguing,

10  organizing, searching, rating, and provisioning of digital multimedia data,

11  including but not limited to the foregoing services on Facebook.com through the

12  cataloguing, organizing, searching, rating, and provisioning of user videos, and

13  related products.  In addition to the foregoing, Facebook also provides related

14  services, specifications, and instructions for the installation and operation of such

15  systems to its customers.

16

17  **Sony**

18      37.    Sony manufactures, provides, sells, offers for sale, and/or distributes

19  infringing systems.  Sony makes, uses, sells, and offers for sale devices including

20  televisions, Blu-ray players, and other multimedia devices that are designed to

21  interoperate with services provided by other Defendants, including Netflix,

22  Amazon, Facebook, and DISH.  In addition to the foregoing, Sony also provides

23  related services, specifications, and instructions for the installation and operation

24  of such systems to its customers.  The '060 and '537 patents are infringed at least

25  by functionality available on Sony internet-enabled devices including Blu-ray

26  players and televisions that contain certain functionality implementing the UPNP

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-11-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1    and/or DLNA standards, including, for example, model numbers BDPS560 and

2    BDPS760.

3

4    **<u>Crackle</u>**

5    38.    Crackle manufactures, provides, sells, offers for sale, and/or

6    distributes infringing systems.  The infringing Crackle systems and methods

7    include, but are not limited to, systems and methods relating to the cataloguing,

8    organizing, searching, rating, and provisioning of digital multimedia data,

9    including but not limited to the foregoing services on Crackle.com, in Crackle

10   apps, and in related products.  In addition to the foregoing, Crackle also provides

11   related services, specifications, and instructions for the installation and operation

12   of such systems to its customers.  The '014; '911; '831; '071; '527; '638; '499;

13   '495; and '080 patents are infringed at least by functionality provided on

14   Crackle.com, in Crackle apps, and in related products.  This functionality includes,

15   for example, search functionality, video viewing functionality, and content

16   delivery functionality.

17

18   **<u>DISH</u>**

19   39.    DISH manufactures, provides, sells, offers for sale, and/or distributes

20   infringing systems.  The infringing DISH systems and methods include, but are not

21   limited to, systems and methods relating to the cataloguing, organizing, searching,

22   rating, and provisioning of digital multimedia data, including but not limited to the

23   foregoing services on Blockbuster On-Demand (www.blockbuster.com/download),

24   DISH Network television, DISH Online, and related products.  In addition to the

25   foregoing, DISH also provides related services, specifications, and instructions for

26   the installation and operation of such systems to its customers.

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-12-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

**Hulu**

40.     Hulu manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Hulu systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to the foregoing services on Hulu.com, Hulu Plus, Hulu apps, and related products.  In addition to the foregoing, Hulu also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

**AT&T**

41.     AT&T manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing AT&T systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to U-Verse cable and online video services, and related products.  In addition to the foregoing, AT&T also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

**Cox**

42.     Cox manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Cox systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to Cox's cable and online video services, and related products.  In addition to the foregoing, Cox also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-13-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

**Time Warner**

43.     Time Warner manufactures, provides, sells, offers for sale, and/or distributes infringing systems.  The infringing Time Warner systems and methods include, but are not limited to, systems and methods relating to the cataloguing, organizing, searching, rating, and provisioning of digital multimedia data, including but not limited to Time Warner's cable and online video services, and related products.  In addition to the foregoing, Time Warner also provides related services, specifications, and instructions for the installation and operation of such systems to its customers.

## WILLFULNESS

44.     At least the following Defendants acquired knowledge of one or more of the patents-in-suit prior to this lawsuit being filed: Sony, Amazon, and AT&T. Sony, Amazon, and AT&T acquired knowledge of certain of the Patents at least through their own patent prosecution activities.  Accordingly, at least these Defendants are knowingly or with reckless disregard willfully infringing those Patents of which they were made aware prior to this lawsuit being filed.  At least Sony, Amazon, and AT&T acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff Preservation Technologies' valid patent rights.  This objectively-defined risk was either known or so obvious that it should have been known to these Defendants.

45.     The infringement by at least Sony, Amazon, and AT&T is willful, thus entitling Plaintiff Preservation Technologies to the recovery of treble damages pursuant to 35 U.S.C. § 284.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-14-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

## COUNT 1

### (Direct and indirect infringement of United States Patent No. 5,813,014)

46.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if set forth in their entirety herein.

47.    Preservation Technologies is the owner of all substantial rights and interest to the '014 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

48.    Upon information and belief, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, and Hulu, without permission of Preservation Technologies, have been and are presently infringing the '014 Patent, as infringement is defined by 35 U.S.C. § 271(a), including though making, using, selling, or offering for sale, and importing methods and articles infringing one or more claims of the '014 Patent.  Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, and Hulu are thus liable for direct infringement of the '014 Patent pursuant to 35 U.S.C. § 271(a).

49.    Upon information and belief, at least since the filing of this Complaint, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, and Hulu, without the permission of Preservation Technologies, have been and are presently indirectly infringing the '014 Patent, including actively inducing infringement of the '014 Patent under 35 U.S.C. § 271(b) and contributing to infringement of the '014 Patent under 35 U.S.C. § 271(c).  Such indirect infringements include, without limitation, with specific intent to encourage the infringement, knowingly inducing customers to use, or knowingly contributing to

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-15-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

customers' infringing uses of, without any substantial noninfringing use, infringing articles and methods that Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, and Hulu knew infringe or demonstrated willful blindness with respect to infringement of one or more claims of the '014 Patent.

50.    As a result of Defendants Google's, YouTube's, Netflix's, Amazon's, Facebook's, Crackle's, DISH's, and Hulu's infringement of the '014 Patent, Preservation Technologies has suffered monetary damages that are adequate to compensate it for the infringement under 35 U.S.C. § 284, but in no event less than a reasonable royalty.

51.    Upon information and belief, Google's, YouTube's, Netflix's, Amazon's, Facebook's, Crackle's, DISH's, and Hulu's infringing conduct will continue unless enjoined by this Court, resulting in continuing harm to Plaintiff.

## COUNT 2

### *(Direct and indirect infringement of United States Patent No. 5,832,499)*

52.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if set forth in their entirety herein.

53.    Preservation Technologies is the owner of all substantial rights and interest to the '499 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

54.    Upon information and belief, Defendants Google, YouTube, Netflix, Amazon, Crackle, DISH, and Hulu, without permission of Preservation

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1  Technologies, have been and are presently infringing the '499 Patent, as

2  infringement is defined by 35 U.S.C. § 271(a), including though making, using,

3  selling, or offering for sale, and importing methods and articles infringing one or

4  more claims of the '499 Patent.  Defendants Google, YouTube, Netflix, Amazon,

5  Crackle, DISH, and Hulu are thus liable for direct infringement of the '499 Patent

6  pursuant to 35 U.S.C. § 271(a).

7

8      55.    Upon information and belief, at least since the filing of this

9  Complaint, Defendants Google, YouTube, Netflix, Amazon, Crackle, DISH, and

10  Hulu, without the permission of Preservation Technologies, have been and are

11  presently indirectly infringing the '499 Patent, including actively inducing

12  infringement of the '499 Patent under 35 U.S.C. § 271(b) and contributing to

13  infringement of the '499 Patent under 35 U.S.C. § 271(c).  Such indirect

14  infringements include, without limitation, with specific intent to encourage the

15  infringement, knowingly inducing customers to use, or knowingly contributing to

16  customers' infringing uses of, without any substantial noninfringing use, infringing

17  articles and methods that Defendants Google, YouTube, Netflix, Amazon, Crackle,

18  and Hulu knew infringe or demonstrated willful blindness with respect to

19  infringement of one or more claims of the '499 Patent.

20

21      56.    As a result of Defendants Google's, YouTube's, Netflix's, Amazon's,

22  Crackle's, DISH's, and Hulu's infringement of the '499 Patent, Preservation

23  Technologies has suffered monetary damages that are adequate to compensate it

24  for the infringement under 35 U.S.C. § 284, but in no event less than a reasonable

25  royalty.

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-17-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

57.     Upon information and belief, Google's, YouTube's, Netflix's, Amazon's, Crackle's, DISH's, and Hulu's infringing conduct will continue unless enjoined by this Court, resulting in continuing harm to Plaintiff.

## COUNT 3

### *(Direct and indirect infringement of United States Patent No. 6,092,080)*

58.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if set forth in their entirety herein.

59.     Preservation Technologies is the owner of all substantial rights and interest to the '080 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

60.     Upon information and belief, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner, without permission of Preservation Technologies, have been and are presently infringing the '080 Patent, as infringement is defined by 35 U.S.C. § 271(a), including though making, using, selling, or offering for sale, and importing methods and articles infringing one or more claims of the '080 Patent.  Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner are thus liable for direct infringement of the '080 Patent pursuant to 35 U.S.C. § 271(a).

61.     Upon information and belief, at least since the filing of this Complaint, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner, without the permission of

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-18-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1   Preservation Technologies, have been and are presently indirectly infringing the

2   '080 Patent, including actively inducing infringement of the '080 Patent under 35

3   U.S.C. § 271(b) and contributing to infringement of the '080 Patent under 35

4   U.S.C. § 271(c).  Such indirect infringements include, without limitation, with

5   specific intent to encourage the infringement, knowingly inducing customers to

6   use, or knowingly contributing to customers' infringing uses of, without any

7   substantial noninfringing use, infringing articles and methods that Defendants

8   Google, YouTube, Netflix, Amazon, Facebook, Crackle, Hulu, AT&T, Cox, and

9   Time Warner knew infringe or demonstrated willful blindness with respect to

10  infringement of one or more claims of the '080 Patent.

11

12       62.    As a result of Defendants Google's, YouTube's, Netflix's, Amazon's,

13  Facebook's, Crackle's, DISH's, Hulu's, AT&T's, Cox's, and Time Warner's

14  infringement of the '080 Patent, Preservation Technologies has suffered monetary

15  damages that are adequate to compensate it for the infringement under 35 U.S.C. §

16  284, but in no event less than a reasonable royalty.

17

18       63.    Upon information and belief, Google's, YouTube's, Netflix's,

19  Amazon's, Facebook's, Crackle's, DISH's, Hulu's, AT&T's, Cox's, and Time

20  Warner's infringing conduct will continue unless enjoined by this Court, resulting

21  in continuing harm to Plaintiff.

22

23                              **COUNT 4**

24       *(Direct and indirect infringement of United States Patent No. 6,353,831)*

25       64.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if

26  set forth in their entirety herein.

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-19-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

65.     Preservation Technologies is the owner of all substantial rights and interest to the '831 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

66.     Upon information and belief, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner, without permission of Preservation Technologies, have been and are presently infringing the '831 Patent, as infringement is defined by 35 U.S.C. § 271(a), including though making, using, selling, or offering for sale, and importing methods and articles infringing one or more claims of the '831 Patent.  Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner are thus liable for direct infringement of the '831 Patent pursuant to 35 U.S.C. § 271(a).

67.     Upon information and belief, at least since the filing of this Complaint, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, DISH, Hulu, AT&T, Cox, and Time Warner, without the permission of Preservation Technologies, have been and are presently indirectly infringing the '831 Patent, including actively inducing infringement of the '831 Patent under 35 U.S.C. § 271(b) and contributing to infringement of the '831 Patent under 35 U.S.C. § 271(c).  Such indirect infringements include, without limitation, with specific intent to encourage the infringement, knowingly inducing customers to use, or knowingly contributing to customers' infringing uses of, without any substantial noninfringing use, infringing articles and methods that Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle, Hulu, AT&T, Cox, and

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1    Time Warner knew infringe or demonstrated willful blindness with respect to

2    infringement of one or more claims of the '831 Patent.

3

4    68.    As a result of Defendants Google's, YouTube's, Netflix's, Amazon's,

5    Facebook's, Crackle's, DISH's, Hulu's, AT&T's, Cox's, and Time Warner's

6    infringement of the '831 Patent, Preservation Technologies has suffered monetary

7    damages that are adequate to compensate it for the infringement under 35 U.S.C. §

8    284, but in no event less than a reasonable royalty.

9

10   69.    Upon information and belief, Google's, YouTube's, Netflix's,

11   Amazon's, Facebook's, Crackle's, DISH's, Hulu's, AT&T's, Cox's, and Time

12   Warner's infringing conduct will continue unless enjoined by this Court, resulting

13   in continuing harm to Plaintiff.

14

15                              **COUNT 5**

16   ***(Direct and indirect infringement of United States Patent No. 6,574,638)***

17   70.    Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if

18   set forth in their entirety herein.

19

20   71.    Preservation Technologies is the owner of all substantial rights and

21   interest to the '638 Patent with the exclusive right to enforce such patent against

22   infringers, and collect damages for all relevant times, including the right to

23   prosecute this action.

24

25   72.    Upon information and belief, Defendants Google, YouTube, Netflix,

26   Amazon, Facebook, Crackle, DISH, and Hulu, without permission of Preservation

27   Technologies, have been and are presently infringing the '638 Patent, as

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1    infringement is defined by 35 U.S.C. § 271(a), including though making, using,

2    selling, or offering for sale, and importing methods and articles infringing one or

3    more claims of the '638 Patent.  Defendants Google, YouTube, Netflix, Amazon,

4    Facebook, Crackle, DISH, and Hulu are thus liable for direct infringement of the

5    '638 Patent pursuant to 35 U.S.C. § 271(a).

6

7         73.    Upon information and belief, at least since the filing of this

8    Complaint, Defendants Google, YouTube, Netflix, Amazon, Facebook, Crackle,

9    DISH, and Hulu, without the permission of Preservation Technologies, have been

10   and are presently indirectly infringing the '638 Patent, including actively inducing

11   infringement of the '638 Patent under 35 U.S.C. § 271(b) and contributing to

12   infringement of the '638 Patent under 35 U.S.C. § 271(c).  Such indirect

13   infringements include, without limitation, with specific intent to encourage the

14   infringement, knowingly inducing customers to use, or knowingly contributing to

15   customers' infringing uses of, without any substantial noninfringing use, infringing

16   articles and methods that Defendants Google, YouTube, Netflix, Amazon,

17   Facebook, Crackle, and Hulu knew infringe or demonstrated willful blindness with

18   respect to infringement of one or more claims of the '638 Patent.

19

20        74.    As a result of Defendants Google's, YouTube's, Netflix's, Amazon's,

21   Facebook's, Crackle's, DISH's, and Hulu's infringement of the '638 Patent,

22   Preservation Technologies has suffered monetary damages that are adequate to

23   compensate it for the infringement under 35 U.S.C. § 284, but in no event less than

24   a reasonable royalty.

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-22-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

75.     Upon information and belief, Google's, YouTube's, Netflix's, Amazon's, Facebook's, Crackle's, DISH's, and Hulu's infringing conduct will continue unless enjoined by this Court, resulting in continuing harm to Plaintiff.

## COUNT 6

### *(Direct and indirect infringement of United States Patent No. 6,199,060)*

76.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if set forth in their entirety herein.

77.     Preservation Technologies is the owner of all substantial rights and interest to the '060 Patent with the exclusive right to enforce such patent against infringers, and collect damages for all relevant times, including the right to prosecute this action.

78.     Upon information and belief, Defendants Google, Netflix, Amazon, Facebook, Sony, DISH, AT&T, Cox, and Time Warner without permission of Preservation Technologies, have been and are presently infringing the '060 Patent, as infringement is defined by 35 U.S.C. § 271(a), including though making, using, selling, or offering for sale, and importing methods and articles infringing one or more claims of the '060 Patent.  Defendants Google, Netflix, Amazon, Facebook, Sony, DISH, AT&T, Cox, and Time Warner are thus liable for direct infringement of the '060 Patent pursuant to 35 U.S.C. § 271(a).

79.     Upon information and belief, at least since the filing of this Complaint, Defendants Google, Netflix, Amazon, Facebook, Sony, DISH, AT&T, Cox, and Time Warner without the permission of Preservation Technologies, have been and are presently indirectly infringing the '060 Patent, including actively

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-23-

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001

1   inducing infringement of the '060 Patent under 35 U.S.C. § 271(b) and

2   contributing to infringement of the '060 Patent under 35 U.S.C. § 271(c).  Such

3   indirect infringements include, without limitation, with specific intent to encourage

4   the infringement, knowingly inducing customers to use, or knowingly contributing

5   to customers' infringing uses of, without any substantial noninfringing use,

6   infringing articles and methods that Defendants Google, Netflix, Amazon,

7   Facebook, Sony, DISH, AT&T, Cox, and Time Warner knew infringe or

8   demonstrated willful blindness with respect to infringement of one or more claims

9   of the '060 Patent.

10

11         80.     As a result of Defendants Google's, Netflix's, Amazon's, Facebook's,

12  Sony's, DISH's, AT&T's, Cox's, and Time Warner's infringement of the '060

13  Patent, Preservation Technologies has suffered monetary damages that are

14  adequate to compensate it for the infringement under 35 U.S.C. § 284, but in no

15  event less than a reasonable royalty.

16

17         81.     Upon information and belief, Google's, Netflix's, Amazon's,

18  Facebook's, Sony's, DISH's, AT&T's, Cox's, and Time Warner's infringing

19  conduct will continue unless enjoined by this Court, resulting in continuing harm

20  to Plaintiff.

21

22                              **COUNT 7**

23         ***(Direct and indirect infringement of United States Patent No. 5,832,495)***

24         82.     Plaintiff repeats and re-alleges the allegations in paragraphs 1-45 as if

25  set forth in their entirety herein.

26

27

28

FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

DOCSOC/1552938v1/102298-0001