1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA  92660-6422
   Tel: 949-725-4000
4

5  Attorneys for Plaintiff
   Preservation Technologies LLC
   against all Defendants
6
   Andrew G. DiNovo (admitted *pro hac vice*)
7  adinovo@dpelaw.com
   Adam G. Price (admitted *pro hac vice*)
8  aprice@dpelaw.com
   Victor G. Hardy (will seek admission *pro hac vice*)
9  vhardy@dpelaw.com
   DINOVO PRICE ELLWANGER & HARDY LLP
10 7000 North MoPac Expressway, Suite 350
   Austin, TX  78731
11 Tel: 512-539-2626

12 Attorneys for Plaintiff
   Preservation Technologies LLC
13 against  Netflix, Inc., Amazon.com, Facebook, Inc.,
   Sony Corp. of Am., Hulu, LLC, DISH Network Corp.,
14 AT&T, Inc., AT&T Services, Inc. Cox Communications, Inc.,
   and Time Warner Cable, Inc.
15

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.; YOUTUBE, LLC; NETFLIX, INC.; AMAZON.COM; FACEBOOK, INC.; SONY ELECTRONICS INC.; CRACKLE, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T, INC.; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.;  AND TIME WARNER CABLE, INC.<br><br>Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>*Honorable David O. Carter*<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., AND CRACKLE, INC. WITH PREJUDICE**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS

DOCSOC/1558958v1/102298-0001

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation Technologies") and Defendants Sony Corporation of America, Sony Electronics Inc., and Crackle, Inc. (collectively, "Sony") have settled Preservation Technologies' claims for relief against Sony.

**NOW, THEREFORE,** Preservation Technologies and Sony, through their attorneys of record, request this Court to dismiss Preservation Technologies' claims for relief against Sony with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 27, 2012

Respectfully submitted,

/s/ Andrew G. DiNovo
Attorney for Plaintiff
Preservation Technologies LLC

/s/ Michelle Carniaux
Attorney for Defendants
Sony Corporation of America,
Sony Electronics Inc., and
Crackle, Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
JOINT STIPULATION TO DISMISS
DOCSOC/1558958v1/102298-0001