|   |   |
|---|---|
| 1 | Douglas Q. Hahn, State Bar No. 257559 |
| 2 | dhahn@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH |
| 3 | 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422 |
| 4 | Tel: 949-725-4000 |
| 5 | Attorneys for Plaintiff<br>Preservation Technologies LLC |
| 6 | against all Defendants |
| 7 | Andrew G. DiNovo (admitted *pro hac vice*)<br>adinovo@dpelaw.com |
| 8 | Adam G. Price (admitted *pro hac vice*)<br>aprice@dpelaw.com |
| 9 | Victor G. Hardy (will seek admission *pro hac vice*)<br>vhardy@dpelaw.com |
| 10 | DINOVO PRICE ELLWANGER & HARDY LLP<br>7000 North MoPac Expressway, Suite 350 |
| 11 | Austin, TX 78731<br>Tel: 512-539-2626 |
| 12 | Attorneys for Plaintiff |
| 13 | Preservation Technologies LLC<br>against Netflix, Inc., Amazon.com, Facebook, Inc., |
| 14 | Sony Corp. of Am., Hulu, LLC, DISH Network Corp.,<br>AT&T, Inc., AT&T Services, Inc. Cox Communications, Inc., |
| 15 | and Time Warner Cable, Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx) |
|---|---|
| Plaintiff, | *Honorable David O. Carter* |
| vs. | **JOINT STIPULATION TO DISMISS DEFENDANTS GOOGLE, INC. AND YOUTUBE, LLC WITH PREJUDICE** |
| GOOGLE, INC.; YOUTUBE, LLC; NETFLIX, INC.; AMAZON.COM; FACEBOOK, INC.; SONY ELECTRONICS INC.; CRACKLE, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T, INC.; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; AND TIME WARNER CABLE, INC. | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| Defendants. | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation Technologies") and Defendants Google, Inc. and YouTube, LLC (collectively "Google") have settled Preservation Technologies' claims for relief against Google.

**NOW, THEREFORE,** Preservation Technologies and Google, through their attorneys of record, request this Court to dismiss Preservation Technologies' claims for relief against Google with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 27, 2012

Respectfully submitted,

/s/ Douglas Q. Hahn
Attorneys for Plaintiff
Preservation Technologies, LLC

/s/ Stephanie P. Skaff
Attorney for Defendants
Google, Inc. and YouTube, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

JOINT STIPULATION TO DISMISS DEFENDANTS GOOGLE, INC. AND YOUTUBE, LLC

DOCSOC/1558999v1/102298-0001