1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA  92660-6422
   Tel: 949-725-4000
4
   Attorneys for Plaintiff
5  Preservation Technologies LLC
   against all Defendants
6
   Andrew G. DiNovo (admitted *pro hac vice*)
7  adinovo@dpelaw.com
   Adam G. Price (admitted *pro hac vice*)
8  aprice@dpelaw.com
   Victor G. Hardy (will seek admission *pro hac vice*)
9  vhardy@dpelaw.com
   DINOVO PRICE ELLWANGER & HARDY LLP
10 7000 North MoPac Expressway, Suite 350
   Austin, TX  78731
11 Tel: 512-539-2626

12 Attorneys for Plaintiff
   Preservation Technologies LLC
13 against  Netflix, Inc., Amazon.com, Facebook, Inc.,
   Sony Corp. of Am., Hulu, LLC, DISH Network Corp.,
14 AT&T, Inc., AT&T Services, Inc. Cox Communications, Inc.,
   and Time Warner Cable, Inc.
15

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.; YOUTUBE, LLC; NETFLIX, INC.; AMAZON.COM; FACEBOOK, INC.; SONY ELECTRONICS INC.; CRACKLE, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T, INC.; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.;  AND TIME WARNER CABLE, INC.<br><br>Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>*Honorable David O. Carter*<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS AMAZON.COM, INC. WITH PREJUDICE**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

JOINT STIPULATION TO DISMISS

LITIOC/2044569v1/102298-0001

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

**WHEREAS**, Plaintiff Preservation Technologies, LLC ("Preservation Technologies") and Defendant Amazon.com, Inc. ("Amazon") have settled Preservation Technologies' claims for relief against Amazon.

**NOW, THEREFORE**, Preservation Technologies and Amazon, through their attorneys of record, request this Court to dismiss Preservation Technologies' claims for relief against Amazon with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  May 1, 2012                     Respectfully submitted,

                                        /s/ Andrew G. DiNovo
                                        Attorney for Plaintiff
                                        Preservation Technologies LLC

                                        /s/ Heather Mewes
                                        Attorney for Defendants
                                        Amazon.com, Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
JOINT STIPULATION TO DISMISS
LITIOC/2044569v1/102298-0001