Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
Salil Bali, State Bar No. 263001
sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Andrew G. DiNovo (*pro hac vice*)
adinovo@dpelaw.com
Adam G. Price (*pro hac vice*)
aprice@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>NETFLIX, INC.; FACEBOOK, INC.; HULU, LLC; DISH NETWORK CORPORATION; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; TIME WARNER CABLE, INC.; THE WALT DISNEY COMPANY; AMERICAN BROADCASTING COMPANIES, INC.; AND YAHOO! INC.<br><br>        Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FIFTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Hearing Date:  TBD<br>Time:              8:30am<br>Dept:              9D |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ORDER RE UNOPPOSED EX PARTE APPLICATION

DOCSOC/1561545v1/102298-0001

1 | The Court, having considered Preservation Technologies, Inc.'s Unopposed *Ex Parte* Application for Leave to File a Fifth Amended Complaint, the records on file in this action, and any other matters or argument presented in connection therewith, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT, the Unopposed *Ex Parte* Application for Leave to File a Fifth Amended Complaint is hereby GRANTED.

Preservation shall **manually** file and serve the Fifth Amended Complaint within two (2) days of the date of this Order.

Dated: May 22, 2012         By: /s/ David O. Carter
                            Honorable David O. Carter
                            U.S. District Court Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

ORDER RE UNOPPOSED EX PARTE APPLICATION

DOCSOC/1561545v1/102298-0001