1 | Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
2 | STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
3 | Newport Beach, CA  92660-6422
Tel: 949-725-4000
4
5 | Andrew G. DiNovo (admitted *pro hac vice*)
adinovo@dpelaw.com
6 | Adam G. Price (admitted *pro hac vice*)
aprice@dpelaw.com
7 | Victor G. Hardy (admitted *pro hac vice*)
vhardy@dpelaw.com
8 | James W. Coutu (admitted *pro hac vice*)
jcoutu@dpelaw.com
9 | DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
10 | Austin, TX  78731
Tel: 512-539-2626
11 | Attorneys for Plaintiff
Preservation Technologies LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx) |
|---|---|
| Plaintiff, | *Honorable David O. Carter* |
| vs. | **JOINT STIPULATION TO DISMISS DEFENDANT TIME WARNER CABLE INC. WITH PREJUDICE** |
| NETFLIX, INC.; FACEBOOK, INC.; HULU, LLC; DISH NETWORK CORPORATION; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; TIME WARNER CABLE, INC.; THE WALT DISNEY COMPANY; AMERICAN BROADCASTING COMPANIES, INC.; AND YAHOO! INC. | *[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH* |
| Defendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS DEFENDANT TIME WARNER CABLE INC.
LITIOC/2049328v1/102298-0001

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Time Warner Cable Inc. ("TWC") have settled Preservation's claims for relief against TWC.

**NOW, THEREFORE,** Preservation and TWC, through their attorneys of record, request this Court to dismiss Preservation's claims for relief against TWC with prejudice and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated:  July 17, 2012                    Respectfully submitted,

/s/ Douglas Q. Hahn
Attorney for Plaintiff
Preservation Technologies LLC


/s/ Daniel L. Reisner
Attorney for Defendant
Time Warner Cable Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

JOINT STIPULATION TO DISMISS DEFENDANT TIME WARNER CABLE INC.
LITIOC/2049328v1/102298-0001