I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (SBN 196746)
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  +1-650-614-7400
Facsimile:    +1-650-614-7401

BENJAMIN J. HOFILEÑA (SBN 227117)
bhofilena@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendant
Dish Network Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., *et al.*<br><br>Defendants. | Case No. SACV 11-01860 DOC (JPRx)<br><br>**DISH NETWORK CORPORATION'S ANSWER TO PRESERVATION TECHNOLOGIES LLC'S SIXTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Defendant DISH Network Corporation (hereafter "DISH"), by and through its undersigned attorneys, hereby respond to the Sixth Amended Complaint for Patent Infringement (hereafter "Complaint") of Plaintiff Preservation Technologies LLC ("Preservation") with the following Answer and Affirmative Defenses:

## GENERAL DENIAL

Unless specifically admitted below, DISH denies each and every allegation in the Complaint.

## RESPONSE TO SPECIFIC ALLEGATIONS

DISH hereby answers the numbered paragraphs of the Complaint with the following correspondingly numbered responses:

## THE PARTIES

1.      DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

2.      The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

3.      The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

4.      The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

1   information sufficient to form a belief as to the truth or veracity of the allegations

2   of this paragraph of the Complaint, and therefore denies those allegations.

3      5.      As to the allegations in this paragraph directed at DISH, DISH admits

4   it is a Nevada corporation that is a holding company which indirectly owns 100%

5   of DISH Network L.L.C., and further admits its principal place of business is

6   located at 9601 S. Meridian Blvd., Englewood, Colorado 80112.  DISH admits that

7   its registered agent for service of process in the State of Colorado is R. Stanton

8   Dodge, 9601 South Meridian Boulevard, Englewood, Colorado 80112.

9      6.      The allegations of this paragraph of the Complaint relate to a

10  defendant other than DISH, and therefore no response is required. To the extent a

11  response is nonetheless deemed to be required, DISH lacks knowledge or

12  information sufficient to form a belief as to the truth or veracity of the allegations

13  of this paragraph of the Complaint, and therefore denies those allegations.

14     7.      The allegations of this paragraph of the Complaint relate to a

15  defendant other than DISH, and therefore no response is required. To the extent a

16  response is nonetheless deemed to be required, DISH lacks knowledge or

17  information sufficient to form a belief as to the truth or veracity of the allegations

18  of this paragraph of the Complaint, and therefore denies those allegations.

19     8.      The allegations of this paragraph of the Complaint relate to a

20  defendant other than DISH, and therefore no response is required. To the extent a

21  response is nonetheless deemed to be required, DISH lacks knowledge or

22  information sufficient to form a belief as to the truth or veracity of the allegations

23  of this paragraph of the Complaint, and therefore denies those allegations.

24     9.      The allegations of this paragraph of the Complaint relate to a

25  defendant other than DISH, and therefore no response is required. To the extent a

26  response is nonetheless deemed to be required, DISH lacks knowledge or

27

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

1 information sufficient to form a belief as to the truth or veracity of the allegations
2 of this paragraph of the Complaint, and therefore denies those allegations.

3       10.     The allegations of this paragraph of the Complaint relate to a
4 defendant other than DISH, and therefore no response is required. To the extent a
5 response is nonetheless deemed to be required, DISH lacks knowledge or
6 information sufficient to form a belief as to the truth or veracity of the allegations
7 of this paragraph of the Complaint, and therefore denies those allegations.

8       11.     The allegations of this paragraph of the Complaint relate in part to
9 defendants other than DISH, and therefore no response is required to the extent
10 other defendants are referenced.  DISH admits it has been named in the Sixth
11 Amended Complaint as a defendant to the action.  To the extent any other response
12 is deemed to be required, DISH further admits Netflix, Facebook, Hulu, AT&T,
13 Cox, Disney, ABC and Yahoo! also are identified as defendants in the Sixth
14 Amended Complaint.

15                           **JURISDICTION AND VENUE**

16       12.     This paragraph of the Complaint states conclusions of law as to which
17 no response is required.  To the extent a response is nonetheless deemed to be
18 required, DISH admits that Preservation's allegations are based upon the Patent
19 Laws of the United States, in particular 35 U.S.C. §§ 271, 281,  and 284-285.
20 DISH further admits that this Court has jurisdiction over the subject matter of this
21 action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  DISH denies any and all
22 remaining allegations of this paragraph of the Complaint.

23       13.     Certain of the allegations of this paragraph of the Complaint are
24 directed to defendants other than DISH, and therefore no response is required.  To
25 the extent a response is nonetheless deemed to be required, DISH lacks knowledge
26 or information sufficient to form a belief as to the truth or veracity of such
27 allegations and therefore denies them.  To the extent the allegations of this

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

paragraph of the Complaint are directed to DISH, they state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that this Court has personal jurisdiction over it, and that it has conducted business in this judicial district.  DISH denies any and all remaining allegations contained in this paragraph of the Complaint.

14.     Certain of the allegations of this paragraph of the Complaint are directed to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of such allegations and therefore denies them.  To the extent the allegations of this paragraph of the Complaint are directed to DISH, they state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that venue is proper pursuant to 28 U.S.C. § 1391 in this judicial district.  DISH denies any and all remaining allegations contained in this paragraph of the Complaint.

## THE PATENTS-IN-SUIT

15.     DISH admits that United States Patent No. 5,813,014 (the "'014 Patent"), titled "Method and Apparatus for Management of Multimedia Assets," states on its face that it issued on September 22, 1998.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '014 Patent appears to be attached to the Complaint as Exhibit A, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

16.     DISH admits that United States Patent No. 5,832,499 (the "'499 Patent"), titled "Digital Library System," states on its face that it issued on November 3, 1998.  Certain allegations of this paragraph of the Complaint state

1   conclusions of law as to which no response is required.  To the extent a response is

2   nonetheless deemed to be required, DISH admits that a copy of the '499 Patent

3   appears to be attached to the Complaint as Exhibit B, but DISH otherwise denies

4   any and all remaining allegations contained in this paragraph of the Complaint.

5          17.    DISH admits that United States Patent No. 6,092,080 (the "'080

6   Patent"), titled "Digital Library System," states on its face that it issued on July 18,

7   2000.  Certain allegations of this paragraph of the Complaint state conclusions of

8   law as to which no response is required.  To the extent a response is nonetheless

9   deemed to be required, DISH admits that a copy of the '080 Patent appears to be

10  attached to the Complaint as Exhibit C, but DISH otherwise denies any and all

11  remaining allegations contained in this paragraph of the Complaint.

12         18.    DISH admits that United States Patent No. 6,353,831 (the "'831

13  Patent"), titled "Digital Library System," states on its face that it issued on

14  March 5, 2002.  Certain allegations of this paragraph of the Complaint state

15  conclusions of law as to which no response is required.  To the extent a response is

16  nonetheless deemed to be required, DISH admits that a copy of the '831 Patent

17  appears to be attached to the Complaint as Exhibit D, but DISH otherwise denies

18  any and all remaining allegations contained in this paragraph of the Complaint.

19         19.    DISH admits that United States Patent No. 6,674,638 (the "'638

20  Patent"), titled "Method and Apparatus for Cataloguing Multimedia Data Using

21  Surveying Data," states on its face that it issued on June 3, 2003.   Certain

22  allegations of this paragraph of the Complaint state conclusions of law as to which

23  no response is required.  To the extent a response is nonetheless deemed to be

24  required, DISH admits that a copy of the '638 Patent appears to be attached to the

25  Complaint as Exhibit E, but DISH otherwise denies any and all remaining

26  allegations contained in this paragraph of the Complaint.

27

28

20.     DISH admits that United States Patent No. 6,199,060 (the "'060 Patent"), titled "Method and Apparatus for Management of Multimedia Assets," states on its face that it issued on March 6, 2001.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '060 Patent appears to be attached to the Complaint as Exhibit F, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

21.     DISH admits that United States Patent No. 5,832,495 (the "'495 Patent"), titled "Method and Apparatus for Cataloguing Multimedia Data Using Surveying Data," states on its face that it issued on November 3, 1998.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '495 Patent appears to be attached to the Complaint as Exhibit G, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

22.     DISH admits that United States Patent No. 6,549,911 (the "'911 Patent"), titled "Method and Apparatus for Cataloguing Multimedia Data," states on its face that it issued on April 15, 2003.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '911 Patent appears to be attached to the Complaint as Exhibit H, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

23.     DISH admits that United States Patent No. 6,212,527 (the "'527 Patent"), titled "Method and Apparatus for Cataloguing Multimedia Data," states on its face that it issued on April 3, 2001.  Certain allegations of this paragraph of

the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '527 Patent appears to be attached to the Complaint as Exhibit I, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

24.     DISH admits that United States Patent No. 6,581,071 (the "'071 Patent"), titled "Surveying System and Method," states on its face that it issued on June 17, 2003.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '071 Patent appears to be attached to the Complaint as Exhibit J, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

25.     DISH admits that United States Patent No. 6,477,537 (the "'537 Patent"), titled "Method and Apparatus for Management of Multimedia Assets," states on its face that it issued on February 22, 2001.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH admits that a copy of the '537 Patent appears to be attached to the Complaint as Exhibit K, but DISH otherwise denies any and all remaining allegations contained in this paragraph of the Complaint.

## THE PATENTS-IN-SUIT

26.     DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

## DEFENDANTS' ACTS

### Netflix

27.    The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

### Facebook

28.    The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

### DISH

29.    DISH admits that as stated by Preservation in paragraphs 41, 57, 68, 84, and 121 of the Complaint, it acquired knowledge of the '014, '080, '831, '060 and '537 Patents as of April 4, 2012, which is after Preservation filed its original complaint.  DISH otherwise denies the allegations in paragraph 29 of the Complaint.

### Hulu.

30.    The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

### AT&T

31.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

**Cox**

32.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

**Disney**

33.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

**ABC**

34.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

**Yahoo**

35.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

## WILLFULNESS

36.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

37.     The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  Certain allegations of this paragraph of the Complaint state conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

## COUNT ONE

**(*Direct and Indirect Infringement of United States Patent No. 5,813,014*)**

38.     DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-37, as if fully set forth herein.

39.     This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

40.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 40 of the Complaint are directed to DISH, DISH denies the same.

41.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 41 of the Complaint are directed to DISH, DISH admits it acquired knowledge of the '014 Patent as of April 4, 2012, which is after Preservation filed its original complaint.

42.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 42 of the Complaint are directed to DISH, DISH denies the same.

43.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the

1   extent the allegations of paragraph 43 of the Complaint are directed to DISH,
2   DISH denies the same.

3        44.    Certain of the allegations of this paragraph of the Complaint relate to
4   defendants other than DISH, and therefore no response is required.  To the extent a
5   response is nonetheless deemed to be required, DISH lacks knowledge or
6   information sufficient to form a belief as to the truth or veracity of the allegations
7   of this paragraph of the Complaint and therefore denies those allegations.  To the
8   extent the allegations of paragraph 44 of the Complaint are directed to DISH,
9   DISH denies the same.

10       45.    Certain of the allegations of this paragraph of the Complaint relate to
11  defendants other than DISH, and therefore no response is required.  To the extent a
12  response is nonetheless deemed to be required, DISH lacks knowledge or
13  information sufficient to form a belief as to the truth or veracity of the allegations
14  of this paragraph of the Complaint and therefore denies those allegations.  To the
15  extent the allegations of paragraph 45 of the Complaint are directed to DISH,
16  DISH denies the same.

17       46.    Certain of the allegations of this paragraph of the Complaint relate to
18  defendants other than DISH, and therefore no response is required.  To the extent a
19  response is nonetheless deemed to be required, DISH lacks knowledge or
20  information sufficient to form a belief as to the truth or veracity of the allegations
21  of this paragraph of the Complaint and therefore denies those allegations.  To the
22  extent the allegations of paragraph 46 of the Complaint are directed to DISH,
23  DISH denies the same.

24       47.    Certain of the allegations of this paragraph of the Complaint relate to
25  defendants other than DISH, and therefore no response is required.  To the extent a
26  response is nonetheless deemed to be required, DISH lacks knowledge or
27  information sufficient to form a belief as to the truth or veracity of the allegations

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

1   of this paragraph of the Complaint and therefore denies those allegations.  To the

2   extent the allegations of paragraph 47 of the Complaint are directed to DISH,

3   DISH denies the same.

4   48.   Certain of the allegations of this paragraph of the Complaint relate to

5   defendants other than DISH, and therefore no response is required.  To the extent a

6   response is nonetheless deemed to be required, DISH lacks knowledge or

7   information sufficient to form a belief as to the truth or veracity of the allegations

8   of this paragraph of the Complaint and therefore denies those allegations.  To the

9   extent the allegations of paragraph 48 of the Complaint are directed to DISH,

10  DISH denies the same.

11  ## COUNT TWO

12  ### (*Direct And Indirect Infringement Of United States Patent No. 5,832,499*)

13  49.   DISH restates and incorporates herein by reference the responses

14  contained in the foregoing paragraphs 1-48, including those contained in

15  paragraphs 1-37, as if fully set forth herein.

16  50.   This paragraph of the Complaint states conclusions of law as to which

17  no response is required.  To the extent a response is nonetheless deemed to be

18  required, DISH lacks knowledge or information sufficient to form a belief as to the

19  truth or veracity of the allegations of this paragraph of the Complaint, and

20  therefore denies those allegations.

21  51.   Certain of the allegations of this paragraph of the Complaint relate to

22  defendants other than DISH, and therefore no response is required.  To the extent a

23  response is nonetheless deemed to be required, DISH lacks knowledge or

24  information sufficient to form a belief as to the truth or veracity of the allegations

25  of this paragraph of the Complaint and therefore denies those allegations.  To the

26  extent the allegations of paragraph 51 of the Complaint are directed to DISH,

27  DISH denies the same.

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

52.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 52 of the Complaint are directed to DISH, DISH denies the same.

53.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 53 of the Complaint are directed to DISH, DISH denies the same.

## COUNT THREE

### (*Direct and Indirect Infringement of United States Patent No. 6,092,080*)

54.     DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-53, including those contained in paragraphs 1-37, as if fully set forth herein.

55.     This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

56.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 56 of the Complaint are directed to DISH, DISH denies the same.

57.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 57 of the Complaint are directed to DISH, DISH admits it acquired knowledge of the '080 Patent as of April 4, 2012, which is after Preservation filed its original complaint.

58.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 58 of the Complaint are directed to DISH, DISH denies the same.

59.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 59 of the Complaint are directed to DISH, DISH denies the same.

60.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 60 of the Complaint are directed to DISH, DISH denies the same.

61.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 61 of the Complaint are directed to DISH, DISH denies the same.

62.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 62 of the Complaint are directed to DISH, DISH denies the same.

63.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the

extent the allegations of paragraph 63 of the Complaint are directed to DISH, DISH denies the same.

64.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 64 of the Complaint are directed to DISH, DISH denies the same.

## COUNT FOUR

### (*Direct and Indirect Infringement of United States Patent No. 6,353,831*)

65.     DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-64, including those contained in paragraphs 1-37, as if fully set forth herein.

66.     This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

67.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 67 of the Complaint are directed to DISH, DISH denies the same.

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

68.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 68 of the Complaint are directed to DISH, DISH admits it acquired knowledge of the '831 Patent as of April 4, 2012, which is after Preservation filed its original complaint.

69.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 69 of the Complaint are directed to DISH, DISH denies the same.

70.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 70 of the Complaint are directed to DISH, DISH denies the same.

71.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the

extent the allegations of paragraph 71 of the Complaint are directed to DISH, DISH denies the same.

72.    Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 72 of the Complaint are directed to DISH, DISH denies the same.

73.    Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 73 of the Complaint are directed to DISH, DISH denies the same.

74.    Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 74 of the Complaint are directed to DISH, DISH denies the same.

75.    Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations

1    of this paragraph of the Complaint and therefore denies those allegations.  To the

2    extent the allegations of paragraph 75 of the Complaint are directed to DISH,

3    DISH denies the same.

4                            **<u>COUNT FIVE</u>**

5    (***Direct and Indirect Infringement of United States Patent No. 6,574,638***)

6          76.    DISH restates and incorporates herein by reference the responses

7    contained in the foregoing paragraphs 1-75, including those contained in

8    paragraphs 1-37, as if fully set forth herein.

9          77.    This paragraph of the Complaint states conclusions of law as to which

10   no response is required.  To the extent a response is nonetheless deemed to be

11   required, DISH lacks knowledge or information sufficient to form a belief as to the

12   truth or veracity of the allegations of this paragraph of the Complaint, and

13   therefore denies those allegations.

14         78.    Certain of the allegations of this paragraph of the Complaint relate to

15   defendants other than DISH, and therefore no response is required.  To the extent a

16   response is nonetheless deemed to be required, DISH lacks knowledge or

17   information sufficient to form a belief as to the truth or veracity of the allegations

18   of this paragraph of the Complaint and therefore denies those allegations.  To the

19   extent the allegations of paragraph 78 of the Complaint are directed to DISH,

20   DISH denies the same.

21         79.    Certain of the allegations of this paragraph of the Complaint relate to

22   defendants other than DISH, and therefore no response is required.  To the extent a

23   response is nonetheless deemed to be required, DISH lacks knowledge or

24   information sufficient to form a belief as to the truth or veracity of the allegations

25   of this paragraph of the Complaint and therefore denies those allegations.  To the

26   extent the allegations of paragraph 79 of the Complaint are directed to DISH,

27   DISH denies the same.

28

80.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 80 of the Complaint are directed to DISH, DISH denies the same.

## COUNT SIX

### (*Direct and Indirect Infringement of United States Patent No. 6,199,060*)

81.     DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-80, including those contained in paragraphs 1-37, as if fully set forth herein.

82.     This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

83.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 83 of the Complaint are directed to DISH, DISH denies the same.

84.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

1   information sufficient to form a belief as to the truth or veracity of the allegations

2   of this paragraph of the Complaint and therefore denies those allegations.  To the

3   extent the allegations of paragraph 84 of the Complaint are directed to DISH,

4   DISH admits it acquired knowledge of the '060 Patent as of April 4, 2012, which is

5   after Preservation filed its original complaint.

6          85.    Certain of the allegations of this paragraph of the Complaint relate to

7   defendants other than DISH, and therefore no response is required.  To the extent a

8   response is nonetheless deemed to be required, DISH lacks knowledge or

9   information sufficient to form a belief as to the truth or veracity of the allegations

10  of this paragraph of the Complaint and therefore denies those allegations.  To the

11  extent the allegations of paragraph 85 of the Complaint are directed to DISH,

12  DISH denies the same.

13         86.    Certain of the allegations of this paragraph of the Complaint relate to

14  defendants other than DISH, and therefore no response is required.  To the extent a

15  response is nonetheless deemed to be required, DISH lacks knowledge or

16  information sufficient to form a belief as to the truth or veracity of the allegations

17  of this paragraph of the Complaint and therefore denies those allegations.  To the

18  extent the allegations of paragraph 86 of the Complaint are directed to DISH,

19  DISH denies the same.

20         87.    Certain of the allegations of this paragraph of the Complaint relate to

21  defendants other than DISH, and therefore no response is required.  To the extent a

22  response is nonetheless deemed to be required, DISH lacks knowledge or

23  information sufficient to form a belief as to the truth or veracity of the allegations

24  of this paragraph of the Complaint and therefore denies those allegations.  To the

25  extent the allegations of paragraph 87 of the Complaint are directed to DISH,

26  DISH denies the same.

27

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

88.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 88 of the Complaint are directed to DISH, DISH denies the same.

89.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 89 of the Complaint are directed to DISH, DISH denies the same.

90.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 90 of the Complaint are directed to DISH, DISH denies the same.

91.     Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the

1 extent the allegations of paragraph 91 of the Complaint are directed to DISH,

2 DISH denies the same.

### COUNT SEVEN

**(*Direct and Indirect Infringement of United States Patent No. 5,832,495*)**

5     92.    DISH restates and incorporates herein by reference the responses

6 contained in the foregoing paragraphs 1-91, including those contained in

7 paragraphs 1-37, as if fully set forth herein.

8     93.    This paragraph of the Complaint states conclusions of law as to which

9 no response is required.  To the extent a response is nonetheless deemed to be

10 required, DISH lacks knowledge or information sufficient to form a belief as to the

11 truth or veracity of the allegations of this paragraph of the Complaint, and

12 therefore denies those allegations.

13     94.    Certain of the allegations of this paragraph of the Complaint relate to

14 defendants other than DISH, and therefore no response is required.  To the extent a

15 response is nonetheless deemed to be required, DISH lacks knowledge or

16 information sufficient to form a belief as to the truth or veracity of the allegations

17 of this paragraph of the Complaint and therefore denies those allegations.  To the

18 extent the allegations of paragraph 94 of the Complaint are directed to DISH,

19 DISH denies the same.

20     95.    Certain of the allegations of this paragraph of the Complaint relate to

21 defendants other than DISH, and therefore no response is required.  To the extent a

22 response is nonetheless deemed to be required, DISH lacks knowledge or

23 information sufficient to form a belief as to the truth or veracity of the allegations

24 of this paragraph of the Complaint and therefore denies those allegations.  To the

25 extent the allegations of paragraph 95 of the Complaint are directed to DISH,

26 DISH denies the same.

27

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

96.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 96 of the Complaint are directed to DISH, DISH denies the same.

## COUNT EIGHT

### (*Direct and Indirect Infringement of United States Patent No. 6,549,911*)

97.   DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-96, including those contained in paragraphs 1-37, as if fully set forth herein.

98.   This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

99.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 99 of the Complaint are directed to DISH, DISH denies the same.

100.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 100 of the Complaint are directed to DISH, DISH denies the same.

101.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 101 of the Complaint are directed to DISH, DISH denies the same.

## COUNT NINE

### (*Direct and Indirect Infringement of United States Patent No. 6,212,527*)

102.   DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-101, including those contained in paragraphs 1-37, as if fully set forth herein.

103.   This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

104.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the

1  extent the allegations of paragraph 104 of the Complaint are directed to DISH,

2  DISH denies the same.

3       105.   Certain of the allegations of this paragraph of the Complaint relate to

4  defendants other than DISH, and therefore no response is required.  To the extent a

5  response is nonetheless deemed to be required, DISH lacks knowledge or

6  information sufficient to form a belief as to the truth or veracity of the allegations

7  of this paragraph of the Complaint and therefore denies those allegations.  To the

8  extent the allegations of paragraph 105 of the Complaint are directed to DISH,

9  DISH denies the same.

10      106.   Certain of the allegations of this paragraph of the Complaint relate to

11  defendants other than DISH, and therefore no response is required.  To the extent a

12  response is nonetheless deemed to be required, DISH lacks knowledge or

13  information sufficient to form a belief as to the truth or veracity of the allegations

14  of this paragraph of the Complaint and therefore denies those allegations.  To the

15  extent the allegations of paragraph 106 of the Complaint are directed to DISH,

16  DISH denies the same.

### COUNT TEN

17

18  (*Direct and Indirect Infringement of United States Patent No. 6,581,071*)

19      107.   DISH restates and incorporates herein by reference the responses

20  contained in the foregoing paragraphs 1-106, including those contained in

21  paragraphs 1-37, as if fully set forth herein.

22      108.   This paragraph of the Complaint states conclusions of law as to which

23  no response is required.  To the extent a response is nonetheless deemed to be

24  required, DISH lacks knowledge or information sufficient to form a belief as to the

25  truth or veracity of the allegations of this paragraph of the Complaint, and

26  therefore denies those allegations.

27

28

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

109.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

110.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

111.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

112.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

113.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

114.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a

response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

115.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

116.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

117.   The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

## COUNT ELEVEN

### (*Direct and Indirect Infringement of United States Patent No. 6,477,537*)

118.   DISH restates and incorporates herein by reference the responses contained in the foregoing paragraphs 1-117, including those contained in paragraphs 1-37, as if fully set forth herein.

119.   This paragraph of the Complaint states conclusions of law as to which no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the

truth or veracity of the allegations of this paragraph of the Complaint, and therefore denies those allegations.

120. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 120 of the Complaint are directed to DISH, DISH denies the same.

121. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 121 of the Complaint are directed to DISH, admits it acquired knowledge of the '537 Patent as of April 4, 2012, which is after Preservation filed its original complaint.

122. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 122 of the Complaint are directed to DISH, DISH denies the same.

123. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or

information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 123 of the Complaint are directed to DISH, DISH denies the same.

124. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 124 of the Complaint are directed to DISH, DISH denies the same.

125. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 125 of the Complaint are directed to DISH, DISH denies the same.

126. Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required. To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations. To the extent the allegations of paragraph 126 of the Complaint are directed to DISH, DISH denies the same.

127. The allegations of this paragraph of the Complaint relate to a defendant other than DISH, and therefore no response is required. To the extent a

response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.

128.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 128 of the Complaint are directed to DISH, DISH denies the same.

129.   Certain of the allegations of this paragraph of the Complaint relate to defendants other than DISH, and therefore no response is required.  To the extent a response is nonetheless deemed to be required, DISH lacks knowledge or information sufficient to form a belief as to the truth or veracity of the allegations of this paragraph of the Complaint and therefore denies those allegations.  To the extent the allegations of paragraph 129 of the Complaint are directed to DISH, DISH denies the same.

## JURY DEMAND

DISH admits that Preservation demands a jury trial on all issues so triable.

## REQUEST FOR RELIEF

DISH admits that Preservation seeks various forms of relief in this action. DISH denies that Preservation is entitled to any relief whatsoever against DISH in this action and DISH specifically denies all of the allegations and prayers for relief contained in paragraphs A-E of the Complaint with respect to DISH.

## AFFIRMATIVE DEFENSES

Subject to the responses above, and without assuming any burden other than that imposed by operation of law, DISH asserts the following affirmative and other

defenses in response to the allegations in the Complaint.  In addition to the affirmative and other defenses described below, subject to the responses above, DISH intends to conduct discovery and specifically reserves the right to assert additional affirmative and other defenses that become known through the course of discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Preservation's Complaint fails to state a claim upon which any relief may be granted against DISH.

## SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

DISH has not and does not infringe any valid and enforceable claim of the '014, '499, '080, '831, '638, '060, '495, '911, '527, or '537 Patent (collectively, the "Asserted Patents"), has not induced or contributed to infringement of any such claims, is not inducing or contributing to infringement of any such claims, and has not and does not jointly infringe any such claims, either literally or under the doctrine of equivalents.

## THIRD AFFIRMATIVE DEFENSE
### (Invalidity)

One or more claims of the Asserted Patents are invalid under Title 35 of the United States Code, including but not limited to one or more of 35 U.S.C. §§ 101, 102, 103, and 112.

## FOURTH AFFIRMATIVE DEFENSE
### (Laches, Waiver, Estoppel, Amd Acquiescence)

Preservation is barred in whole or in part from asserting the Asserted Patents against DISH under the equitable doctrines of laches, waiver, estoppels, and/or acquiescence.

1
2

### FIFTH AFFIRMATIVE DEFENSE

### (Prosecution History Estoppel And Disclaimer)

3        By reason of positions taken during prosecution of the applications for the

4    Asserted Patents, Preservation is estopped and otherwise barred from asserting any

5    claim that the Asserted Patents cover, either literally or under the doctrine of

6    equivalents, any product or method performed by DISH.

7

### SIXTH AFFIRMATIVE DEFENSE

8

### (Lack Of Damages)

9        The damages relief sought by Preservation are barred in whole or in part

10    because of Preservation's and/or its licensees' failure to comply with 35 U.S.C. §

11    287(a).

12

### SEVENTH AFFIRMATIVE DEFENSE

13

### (Time-Barred Damages)

14        The relief sought by Preservation barred pursuant to 35 U.S.C. § 286 to the

15    degree that Preservation seeks to recover damages for alleged acts of infringement

16    more than six years prior to the filing of Preservation's Complaint in this case,

17    and/or to the extent any potential claims have been discharged due to bankruptcy

18

### EIGHTH AFFIRMATIVE DEFENSE

19

### (No Basis For Injunctive Relief)

20        Preservation is not entitled to either preliminary or permanent injunctive

21    relief under the legal standards for injunction because, among other things,

22    Preservation does not compete with DISH and does not practice the alleged

23    inventions.  Additionally, any alleged injury Preservation has suffered would not be

24    immediate or irreparable, Preservation has an adequate remedy at law, and the

25    balance of hardships do not warrant injunctive relief.

26
27
28

## NINTH AFFIRMATIVE DEFENSE

## (Costs Barred)

Preservation is barred from recovering costs in connection with this action under 35 U.S.C. § 288.

## TENTH AFFIRMATIVE DEFENSE

## (Lack Of Standing/Subject Matter)

Preservation is not the owner, assignee, or exclusive licensee of all substantial rights in the Asserted Patents, and therefore lacks standing (and subject matter) to assert the Asserted Patents against DISH.

## ELEVENTH DEFENSE

## (Limitation On Damages For Alleged Indirect Infringement)

To the extent that Preservation asserts that DISH indirectly infringes, either by contributory infringement or inducement of infringement, DISH is not liable to Preservation for the acts alleged to have been performed before DISH knew that its actions would cause alleged direct infringement by others.

## TWELFTH DEFENSE

## (Failure To Adequately Plead Indirect Infringement)

Preservation has failed to adequately plead indirect infringement including inducing infringement and contributory infringement.

## RESERVATION OF AFFIRMATIVE DEFENSES

DISH reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery or further factual investigation in this case.

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

## **PRAYER FOR RELIEF**

**WHEREFORE**, DISH prays for judgment and relief as follows:

### **On Preservation's Claims**

A.   Enter judgment in DISH's favor, and against Preservation, thereby dismissing Preservation's Complaint in its entirety, with prejudice, with Preservation taking nothing by way of its claims;

B.   Find that each of the claims of the Asserted Patents is not infringed, either literally or under the doctrine of equivalents, whether directly, by inducement, or contributorily, by any actions of DISH or its customers, suppliers, users, licensees, vendors or vendees, or others using its products either alone or in combination with any other product;

C.   Find that each of the claims of the Asserted Patents is invalid and unenforceable;

D.   Deny all of Preservation's requests for injunctive relief;

E.   Enjoin Preservation, its assigns, licensees, and all those in privity therewith from asserting the Asserted Patents against DISH or its customers, affiliates, and all others in privity with DISH;

F.   Declare that this case is an exceptional case under 35 U.S.C. § 285 and award DISH its costs, attorneys' fees, and expenses; and

G.   Grant DISH such other and further relief as this Court deems just and proper under the circumstances.

Dated:       September 18, 2012               Orrick, Herrington & Sutcliffe LLP

By:/s/ ALYSSA CARIDIS
ALYSSA CARIDIS
Attorneys for Defendant
DISH Network Corporation

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)

## **DEMAND FOR JURY TRIAL**

DISH respectfully demands a jury trial of all issues so triable in this action.

Dated:        September 18, 2012              Orrick, Herrington & Sutcliffe LLP


By:/s/ ALYSSA CARIDIS
ALYSSA CARIDIS
Attorneys for Defendant
DISH Network Corporation

OHSUSA:751674655.2

DISH NETWORK CORPORATION'S ANSWER TO
PRESERVATION TECHNOLOGIES LLC'S
SIXTH AMENDED COMPLAINT
SACV 11-01860 DOC (JPRx)