1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Tel: 949-725-4000
4
   Andrew G. DiNovo (admitted *pro hac vice*)
5    adinovo@dpelaw.com
   Adam G. Price (admitted *pro hac vice*)
6    aprice@dpelaw.com
   Victor G. Hardy (admitted *pro hac vice*)
7    vhardy@dpelaw.com
   William B. Parrish (admitted *pro hac vice*)
8    bparrish@dpelaw.com
   Nicole E. Glauser (admitted *pro hac vice*)
9    nglauser@dpelaw.com
   James W. Coutu (admitted *pro hac vice*)
10   jcoutu@dpelaw.com
   DINOVO PRICE ELLWANGER & HARDY LLP
11 7000 North MoPac Expressway, Suite 350
   Austin, TX 78731
12 Tel: 512-539-2626

13 Attorneys for Plaintiff
   Preservation Technologies LLC
14

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx) |
| Plaintiff, | *Honorable David O. Carter* |
| v. | **JOINT STIPULATION TO DISMISS DEFENDANT FACEBOOK, INC. WITH PREJUDICE** |
| NETFLIX, INC.; FACEBOOK, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; DISNEY ONLINE; AMERICAN BROADCASTING COMPANIES, INC.; AND YAHOO! INC., | *[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH* |
| Defendants. | |
| v. | |
| WALMART STORES, INC. and VUDU, INC., | |
| Defendants. | |
| v. | |
| ESPN INTERNET VENTURES, | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
JOINT STIPULATION TO DISMISS FACEBOOK, INC. WITH PREJUDICE
DOCSOC/1601096v1/102298-0001

## JOINT STIPULATION TO DISMISS FACEBOOK, INC. WITH PREJUDICE

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Facebook, Inc. ("Facebook") have settled Preservation's claims for relief against Facebook.

**NOW, THEREFORE,** Preservation and Facebook, through their attorneys of record, request this Court to dismiss Preservation's claims for relief against Facebook with prejudice and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated: January 3, 2013              Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH

/s/ Douglas Q. Hahn
Attorney for Plaintiff
Preservation Technologies LLC


Cooley LLP

/s/ Heidi Lyn Keefe
Attorney for Defendant
Facebook, Inc.