RON E. SHULMAN, Bar No. 178263
ron.shulman@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
S. Giri Pathmanaban, Bar No. 284802
giri.pathmanaban@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

RYAN R. OWENS, Bar No. 269370
ryan.owens@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile:  (714) 755-8290

Attorneys for Defendant HULU, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.; HULU, LLC; DISH NETWORK CORPORATION; AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.;  DISNEY ONLINE; AMERICAN BROADCASTING COMPANIES, INC.; YAHOO! INC.; WALMART STORES, INC.; VUDU, INC.; and ESPN INTERNET VENTURES,<br><br>Defendants. | Case No. SACV11-01860 DOC (JPRx)<br><br>**DEFENDANT HULU, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO SEVENTH AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

Defendant Hulu, LLC ("Hulu"), through its counsel, hereby answers Plaintiff's Seventh Amended Complaint (the "Amended Complaint"). Hulu answers, admits, or denies only those allegations made in support of claims against Hulu, and does not undertake to respond to allegations made in support of claims not so asserted. To the extent not explicitly admitted, all allegations of the Amended Complaint are denied.

## THE PARTIES

1. Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 and on that basis denies the allegations.

2. Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 and on that basis denies the allegations.

3. Hulu admits that it is a limited liability company organized and existing under the laws of the State of Delaware, with its place of business located at 12312 W. Olympic Boulevard, Los Angeles, California 90064. Hulu denies that The Prentice-Hall Corporation System, Inc. located at 2711 Centerville Road Suite 400, Wilmington, Delaware 19808 is its current agent for service of process and avers that its registered agent for service of process is the Corporation Trust Company, located at Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Except as so admitted, Hulu denies the remaining allegations of paragraph 3.

4. Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 and on that basis denies the allegations.

5. Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 and on that basis denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

6.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 and on that basis denies the allegations.

7.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 and on that basis denies the allegations.

8.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 and on that basis denies the allegations.

9.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 and on that basis denies the allegations.

10.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 and on that basis denies the allegations.

11.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 and on that basis denies the allegations.

12.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 and on that basis denies the allegations.

13.    Paragraph 13 of the Amended Complaint is not an averment that requires an answer.

## JURISDICTION AND VENUE

14.    Hulu admits that this Court has subject matter jurisdiction of the action under Title 28 U.S.C. § 1331 and § 1338(a).

15.    Hulu admits that personal jurisdiction by this Court over Hulu is proper based upon its residence within the State of California.  Hulu is without

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1  knowledge or information sufficient to form a belief as to the truth of the

2  remaining allegations contained in paragraph 15, and, on that basis, denies each

3  and every such allegation.

4      16.   Hulu admits that venue is proper in this judicial district under 28

5  U.S.C. § 1391 because Hulu resides in this district.  Hulu is without knowledge or

6  information sufficient to form a belief as to the truth of the remaining allegations

7  contained in paragraph 16, and, on that basis, denies each and every such

8  allegation.

9                          **THE PATENTS-IN-SUIT**

10      17.   Hulu admits that on its face, United States Patent No. 5,813,014 ("the

11  '014 Patent") is entitled "Method and Apparatus for Management of Multimedia

12  Assets," and that the '014 Patent on its face recites an issue date of September 22,

13  1998.  Hulu admits that Exhibit A to the Amended Complaint purports to be a copy

14  of the '014 Patent.  Hulu is without knowledge or information sufficient to form a

15  belief as to the truth of the remaining allegations contained in paragraph 17, and,

16  on that basis, denies each and every such allegation.

17      18.   Hulu admits that on its face, United States Patent No. 5,832,499 ("the

18  '499 Patent") is entitled "Digital Library System," and that the '499 Patent on its

19  face recites an issue date of November 3, 1998.  Hulu admits that Exhibit B to the

20  Amended Complaint purports to be a copy of the '499 Patent.  Hulu is without

21  knowledge or information sufficient to form a belief as to the truth of the

22  remaining allegations contained in paragraph 18, and, on that basis, denies each

23  and every such allegation.

24      19.   Hulu admits that on its face, United States Patent No. 6,092,080 ("the

25  '080 Patent") is entitled "Digital Library System," and that the '080 Patent on its

26  face recites an issue date of July 18, 2000.  Hulu admits that Exhibit C to the

27  Amended Complaint purports to be a copy of the '080 Patent.  Hulu is without

28  knowledge or information sufficient to form a belief as to the truth of the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1    remaining allegations contained in paragraph 19, and, on that basis, denies each

2    and every such allegation.

3          20.    Hulu admits that on its face, United States Patent No. 6,353,831 ("the

4    '831 Patent") is entitled "Digital Library System," and that the '831 Patent on its

5    face recites an issue date of March 5, 2002.  Hulu admits that Exhibit D to the

6    Amended Complaint purports to be a copy of the '831 Patent.  Hulu is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    remaining allegations contained in paragraph 20, and, on that basis, denies each

9    and every such allegation.

10         21.    Hulu admits that on its face, United States Patent No. 6,574,638 ("the

11   '638 Patent") is entitled "Method and Apparatus for Cataloguing Multimedia Data

12   Using Surveying Data," and that the '638 Patent on its face recites an issue date of

13   June 3, 2003.  Hulu admits that Exhibit E to the Amended Complaint purports to

14   be a copy of the '638 Patent.  Hulu is without knowledge or information sufficient

15   to form a belief as to the truth of the remaining allegations contained in paragraph

16   21, and, on that basis, denies each and every such allegation.

17         22.    Hulu admits that on its face, United States Patent No. 6,199,060 ("the

18   '060 Patent") is entitled "Method and Apparatus Management of Multimedia

19   Assets" and that the '060 Patent on its face recites an issue date of March 6, 2001.

20   Hulu admits that Exhibit F to the Amended Complaint purports to be a copy of the

21   '060 Patent.  Hulu is without knowledge or information sufficient to form a belief

22   as to the truth of the remaining allegations contained in paragraph 22, and, on that

23   basis, denies each and every such allegation.

24         23.    Hulu admits that on its face, United States Patent No. 5,832,495 ("the

25   '495 Patent") is entitled "Method and Apparatus for Cataloguing Multimedia

26   Data," and that the '495 Patent on its face recites an issue date of November 3,

27   1998.  Hulu admits that Exhibit G to the Amended Complaint purports to be a copy

28   of the '495 Patent.  Hulu is without knowledge or information sufficient to form a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

belief as to the truth of the remaining allegations contained in paragraph 23, and, on that basis, denies each and every such allegation.

24.     Hulu admits that on its face, United States Patent No. 6,581,071 ("the '071 Patent") is entitled "Surveying System and Method," and that the '071 Patent on its face recites an issue date of June 17, 2003.  Hulu admits that Exhibit H to the Amended Complaint purports to be a copy of the '071 Patent.  Hulu is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 24, and, on that basis, denies each and every such allegation.

25.     Hulu admits that on its face, United States Patent No. 6,477,537 ("the '537 Patent") is entitled "Method and Apparatus for Management of Multimedia Assets."  Hulu denies that the '537 Patent was issued on February 22, 2001, as the '537 Patent on its face recites an issue date of November 5, 2002.  Hulu admits that Exhibit I to the Amended Complaint purports to be a copy of the '537 Patent. Hulu is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 25, and, on that basis, denies each and every such allegation.

## BACKGROUND

26.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 and the unlabeled paragraph below paragraph 26, and on that basis denies the allegations.

## DEFENDANTS' ACTS

### Netflix

27.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 and on that basis denies the allegations.

### DISH

28.     Hulu is without knowledge or information sufficient to form a belief

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

6

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

as to the truth of the allegations of paragraph 28 and on that basis denies the allegations.

### Hulu

29.    Hulu admits that it provides services through Hulu.com and Hulu Plus.  Hulu admits that Plaintiff sent a letter to Hulu's counsel of record on April 4, 2012, purporting to give notice as to certain patents allegedly available for license from Plaintiff.  Except as so admitted, Hulu denies the remaining allegations of paragraph 29.

### AT&T

30.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 and on that basis denies the allegations.

### Cox

31.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 and on that basis denies the allegations.

### Disney

32.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 and on that basis denies the allegations.

### ABC

33.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 and on that basis denies the allegations.

### Yahoo

34.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 and on that basis denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

7

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

**ESPN**

35.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 and on that basis denies the allegations.

**Walmart**

36.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 and on that basis denies the allegations.

**Vudu**

37.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 and on that basis denies the allegations.

**COUNT 1 (Alleged Infringement of '014 Patent)**

38.    Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

39.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 and on that basis denies the allegations.

40.    Hulu denies each and every allegation of paragraph 40 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

41.    Hulu denies each and every allegation of paragraph 41 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

42.    Hulu denies each and every allegation of paragraph 42 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

8

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1  form a belief as to the truth of the remaining allegations in this paragraph, and on

2  that basis denies the allegations.

3       43.    Hulu denies each and every allegation of paragraph 43 that refers or

4  relates to Hulu, and otherwise is without knowledge or information sufficient to

5  form a belief as to the truth of the remaining allegations in this paragraph, and on

6  that basis denies the allegations.

7       44.    Hulu denies each and every allegation of paragraph 44 that refers or

8  relates to Hulu, and otherwise is without knowledge or information sufficient to

9  form a belief as to the truth of the remaining allegations in this paragraph, and on

10 that basis denies the allegations.

11      45.    Hulu denies each and every allegation of paragraph 45 that refers or

12 relates to Hulu, and otherwise is without knowledge or information sufficient to

13 form a belief as to the truth of the remaining allegations in this paragraph, and on

14 that basis denies the allegations.

15      46.    Hulu denies each and every allegation of paragraph 46 that refers or

16 relates to Hulu, and otherwise is without knowledge or information sufficient to

17 form a belief as to the truth of the remaining allegations in this paragraph, and on

18 that basis denies the allegations.

19      47.    Hulu denies each and every allegation of paragraph 47 that refers or

20 relates to Hulu, and otherwise is without knowledge or information sufficient to

21 form a belief as to the truth of the remaining allegations in this paragraph, and on

22 that basis denies the allegations.

23      48.    Hulu denies each and every allegation of paragraph 48 that refers or

24 relates to Hulu, and otherwise is without knowledge or information sufficient to

25 form a belief as to the truth of the remaining allegations in this paragraph, and on

26 that basis denies the allegations.

27         **COUNT 2 (Alleged Infringement of '499 Patent)**

28      49.    Hulu repeats its answers to the allegations in paragraphs 1-37 as if set

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

9

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1    forth in their entirety herein.

2    50.    Hulu is without knowledge or information sufficient to form a belief

3    as to the truth of the allegations of paragraph 50 and on that basis denies the

4    allegations.

5    51.    Hulu denies each and every allegation of paragraph 51 that refers or

6    relates to Hulu, and otherwise is without knowledge or information sufficient to

7    form a belief as to the truth of the remaining allegations in this paragraph, and on

8    that basis denies the allegations.

9    52.    Hulu denies each and every allegation of paragraph 52 that refers or

10   relates to Hulu, and otherwise is without knowledge or information sufficient to

11   form a belief as to the truth of the remaining allegations in this paragraph, and on

12   that basis denies the allegations.

13   53.    Hulu denies each and every allegation of paragraph 53 that refers or

14   relates to Hulu, and otherwise is without knowledge or information sufficient to

15   form a belief as to the truth of the remaining allegations in this paragraph, and on

16   that basis denies the allegations.

17   **COUNT 3 (Alleged Infringement of '080 Patent)**

18   54.    Hulu repeats its answers to the allegations in paragraphs 1-37 as if set

19   forth in their entirety herein.

20   55.    Hulu is without knowledge or information sufficient to form a belief

21   as to the truth of the allegations of paragraph 55 and on that basis denies the

22   allegations.

23   56.    Hulu denies each and every allegation of paragraph 56 that refers or

24   relates to Hulu, and otherwise is without knowledge or information sufficient to

25   form a belief as to the truth of the remaining allegations in this paragraph, and on

26   that basis denies the allegations.

27   57.    Hulu denies each and every allegation of paragraph 57 that refers or

28   relates to Hulu, and otherwise is without knowledge or information sufficient to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1    form a belief as to the truth of the remaining allegations in this paragraph, and on

2    that basis denies the allegations.

3         58.    Hulu denies each and every allegation of paragraph 58 that refers or

4    relates to Hulu, and otherwise is without knowledge or information sufficient to

5    form a belief as to the truth of the remaining allegations in this paragraph, and on

6    that basis denies the allegations.

7         59.    Hulu denies each and every allegation of paragraph 59 that refers or

8    relates to Hulu, and otherwise is without knowledge or information sufficient to

9    form a belief as to the truth of the remaining allegations in this paragraph, and on

10   that basis denies the allegations.

11        60.    Hulu denies each and every allegation of paragraph 60 that refers or

12   relates to Hulu, and otherwise is without knowledge or information sufficient to

13   form a belief as to the truth of the remaining allegations in this paragraph, and on

14   that basis denies the allegations.

15        61.    Hulu denies each and every allegation of paragraph 61 that refers or

16   relates to Hulu, and otherwise is without knowledge or information sufficient to

17   form a belief as to the truth of the remaining allegations in this paragraph, and on

18   that basis denies the allegations.

19        62.    Hulu denies each and every allegation of paragraph 62 that refers or

20   relates to Hulu, and otherwise is without knowledge or information sufficient to

21   form a belief as to the truth of the remaining allegations in this paragraph, and on

22   that basis denies the allegations.

23        63.    Hulu denies each and every allegation of paragraph 63 that refers or

24   relates to Hulu, and otherwise is without knowledge or information sufficient to

25   form a belief as to the truth of the remaining allegations in this paragraph, and on

26   that basis denies the allegations.

27        64.    Hulu denies each and every allegation of paragraph 64 that refers or

28   relates to Hulu, and otherwise is without knowledge or information sufficient to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

11

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

**COUNT 4 (Alleged Infringement of '831 Patent)**

65.     Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

66.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66 and on that basis denies the allegations.

67.     Hulu denies each and every allegation of paragraph 67 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

68.     Hulu denies each and every allegation of paragraph 68 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

69.     Hulu denies each and every allegation of paragraph 69 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

70.     Hulu denies each and every allegation of paragraph 70 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

71.     Hulu denies each and every allegation of paragraph 71 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

12

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

72.     Hulu denies each and every allegation of paragraph 72 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

73.     Hulu denies each and every allegation of paragraph 73 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

74.     Hulu denies each and every allegation of paragraph 74 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

75.     Hulu denies each and every allegation of paragraph 75 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

**COUNT 5 (Alleged Infringement of '638 Patent)**

76.     Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

77.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77 and on that basis denies the allegations.

78.     Hulu denies each and every allegation of paragraph 78 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

79.     Hulu denies each and every allegation of paragraph 79 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

13

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

80.    Hulu denies each and every allegation of paragraph 80 that refers or relates to Hulu, and otherwise is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies the allegations.

## COUNT 6 (Alleged Infringement of '060 Patent)

81.    Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

82.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 82 and on that basis denies the allegations.

83.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 83 and on that basis denies the allegations.

84.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84 and on that basis denies the allegations.

85.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85 and on that basis denies the allegations.

86.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 86 and on that basis denies the allegations.

87.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 87 and on that basis denies the allegations.

88.    Hulu is without knowledge or information sufficient to form a belief

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

14

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1  as to the truth of the allegations of paragraph 88 and on that basis denies the

2  allegations.

3      89.    Hulu is without knowledge or information sufficient to form a belief

4  as to the truth of the allegations of paragraph 89 and on that basis denies the

5  allegations.

6      90.    Hulu is without knowledge or information sufficient to form a belief

7  as to the truth of the allegations of paragraph 90 and on that basis denies the

8  allegations.

9      91.    Hulu is without knowledge or information sufficient to form a belief

10  as to the truth of the allegations of paragraph 91 and on that basis denies the

11  allegations.

12              **COUNT 7 (Alleged Infringement of '495 Patent)**

13      92.    Hulu repeats its answers to the allegations in paragraphs 1-37 as if set

14  forth in their entirety herein.

15      93.    Hulu is without knowledge or information sufficient to form a belief

16  as to the truth of the allegations of paragraph 93 and on that basis denies the

17  allegations.

18      94.    Hulu denies each and every allegation of paragraph 94 that refers or

19  relates to Hulu, and otherwise is without knowledge or information sufficient to

20  form a belief as to the truth of the remaining allegations in this paragraph, and on

21  that basis denies the allegations.

22      95.    Hulu denies each and every allegation of paragraph 95 that refers or

23  relates to Hulu, and otherwise is without knowledge or information sufficient to

24  form a belief as to the truth of the remaining allegations in this paragraph, and on

25  that basis denies the allegations.

26      96.    Hulu denies each and every allegation of paragraph 96 that refers or

27  relates to Hulu, and otherwise is without knowledge or information sufficient to

28  form a belief as to the truth of the remaining allegations in this paragraph, and on

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

15

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

that basis denies the allegations.

**COUNT 8 (Alleged Infringement of '071 Patent)**

97.     Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

98.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 98 and on that basis denies the allegations.

99.     Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 99 and on that basis denies the allegations.

100.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100 and on that basis denies the allegations.

101.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101 and on that basis denies the allegations.

102.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102 and on that basis denies the allegations.

103.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103 and on that basis denies the allegations.

104.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104 and on that basis denies the allegations.

105.    Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105 and on that basis denies the allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

106.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 106 and on that basis denies the allegations.

107.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107 and on that basis denies the allegations.

**COUNT 9 (Alleged Infringement of '537 Patent)**

108.   Hulu repeats its answers to the allegations in paragraphs 1-37 as if set forth in their entirety herein.

109.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109 and on that basis denies the allegations.

110.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110 and on that basis denies the allegations.

111.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111 and on that basis denies the allegations.

112.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112 and on that basis denies the allegations.

113.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113 and on that basis denies the allegations.

114.   Hulu is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114 and on that basis denies the allegations.

115.   Hulu is without knowledge or information sufficient to form a belief

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

17

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1   as to the truth of the allegations of paragraph 115 and on that basis denies the

2   allegations.

3       116.   Hulu is without knowledge or information sufficient to form a belief

4   as to the truth of the allegations of paragraph 116 and on that basis denies the

5   allegations.

6       117.   Hulu is without knowledge or information sufficient to form a belief

7   as to the truth of the allegations of paragraph 117 and on that basis denies the

8   allegations.

9       118.   Hulu is without knowledge or information sufficient to form a belief

10  as to the truth of the allegations of paragraph 118 and on that basis denies the

11  allegations.

12      119.   Hulu is without knowledge or information sufficient to form a belief

13  as to the truth of the allegations of paragraph 119 and on that basis denies the

14  allegations.

15                    **PRAYER FOR RELIEF**

16      120.   Hulu denies any and all allegations contained in the remainder of the

17  Amended Complaint and denies that Plaintiff is entitled to any of the relief

18  requested in Paragraphs A-E of its prayer for relief or to any other relief in any

19  form.

20

21                **HULU'S AFFIRMATIVE DEFENSES TO**

22      **PLAINTIFF'S SEVENTH AMENDED COMPLAINT**

23      121.   Subject to the responses above, and, without altering the burdens of

24  proof, Hulu asserts the following affirmative and other defenses in response to

25  Plaintiff's claims.

26      **FIRST AFFIRMATIVE DEFENSE (TO COUNT 1)**

27            **Non-Infringement of the '014 Patent**

28      122.   Hulu does not infringe and has not infringed, directly or indirectly,

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

18

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1   literally or by the doctrine of equivalents, any valid, enforceable claim of the '014

2   Patent.

3   ### SECOND AFFIRMATIVE DEFENSE (TO COUNT 1)

4   ### Invalidity of the '014 Patent

5   123.   The claims of the '014 Patent are invalid for failure to satisfy one or

6   more of the requirements for patentability set forth in Title 35 of the United States

7   Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

8   ### THIRD AFFIRMATIVE DEFENSE (TO COUNT 2)

9   ### Non-Infringement of the '499 Patent

10   124.   Hulu does not infringe and has not infringed, directly or indirectly,

11   literally or by the doctrine of equivalents, any valid, enforceable claim of the '499

12   Patent.

13   ### FOURTH AFFIRMATIVE DEFENSE (TO COUNT 2)

14   ### Invalidity of the '499 Patent

15   125.   The claims of the '499 Patent are invalid for failure to satisfy one or

16   more of the requirements for patentability set forth in Title 35 of the United States

17   Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

18   ### FIFTH AFFIRMATIVE DEFENSE (TO COUNT 3)

19   ### Non-Infringement of the '080 Patent

20   126.   Hulu does not infringe and has not infringed, directly or indirectly,

21   literally or by the doctrine of equivalents, any valid, enforceable claim of the '080

22   Patent.

23   ### SIXTH AFFIRMATIVE DEFENSE (TO COUNT 3)

24   ### Invalidity of the '080 Patent

25   127.   The claims of the '080 Patent are invalid for failure to satisfy one or

26   more of the requirements for patentability set forth in Title 35 of the United States

27   Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

19

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

### SEVENTH AFFIRMATIVE DEFENSE (TO COUNT 4)

#### Non-Infringement of the '831 Patent

128.    Hulu does not infringe and has not infringed, directly or indirectly, literally or by the doctrine of equivalents, any valid, enforceable claim of the '831 Patent.

### EIGHTH AFFIRMATIVE DEFENSE (TO COUNT 4)

#### Invalidity of the '831 Patent

129.   The claims of the '831 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

### NINTH AFFIRMATIVE DEFENSE (TO COUNT 5)

#### Non-Infringement of the '638 Patent

130.    Hulu does not infringe and has not infringed, directly or indirectly, literally or by the doctrine of equivalents, any valid, enforceable claim of the '638 Patent.

### TENTH AFFIRMATIVE DEFENSE (TO COUNT 5)

#### Invalidity of the '638 Patent

131.   The claims of the '638 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

### ELEVENTH AFFIRMATIVE DEFENSE (TO COUNT 7)

#### Non-Infringement of the '495 Patent

132.    Hulu does not infringe and has not infringed, directly or indirectly, literally or by the doctrine of equivalents, any valid, enforceable claim of the '495 Patent.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

20

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

## TWELFTH AFFIRMATIVE DEFENSE (TO COUNT 7)

### Invalidity of the '495 Patent

133.   The claims of the '495 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112.

## THIRTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

### Prosecution History Estoppel

134.   Plaintiff's claims of patent infringement are barred in whole or in part by the doctrine of prosecution history estoppel.

## FOURTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

### Laches

135.   On information and belief, Plaintiff's claims are barred by the doctrine of laches.

## FIFTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

### Lack of Standing

136.   On information and belief, Plaintiff lacks standing to bring claims against Hulu.

## SIXTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

### Failure to Mark

137.   On information and belief, Plaintiff is barred or limited from recovering damages, in whole or in part, by the failure to mark, by itself or by one or more parties licensed to practice one or more of the asserted patents, as required by 35 U.S.C. § 287.

## SEVENTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

### License and Release

138.   On information and belief, before Plaintiff obtained its exclusive license to the asserted patents, other entities were licensed to and released under the asserted patents, and the language used in such licenses and releases gives rise

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

21

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES

1    to an express or implied license and/or release for the benefit of Hulu.

2    ### EIGHTEENTH AFFIRMATIVE DEFENSE (TO ALL COUNTS)

3    ### Exhaustion

4    139.   On information and belief, Plaintiff's claims are barred in whole or in

5    part under the doctrine of patent exhaustion.

6    ### DEMAND FOR JURY TRIAL

7    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Hulu

8    demands a trial by jury on all of Plaintiff's claims.

9

10   Dated:  April 8, 2013                        Respectfully submitted,

11                                                LATHAM & WATKINS LLP

12

13                                               /s/ *Richard G. Frenkel*

14                                               Richard G. Frenkel

15                                               Ron E. Shulman, Bar No. 178263
                                                 ron.shulman@lw.com
16                                               Richard G. Frenkel, Bar No. 204133
                                                 rick.frenkel@lw.com
17                                               S. Giri Pathmanaban, Bar No. 284802
                                                 giri.pathmanaban@lw.com
18                                               140 Scott Drive
19                                               Menlo Park, CA 94025
                                                 (650) 328-4600
20
21                                               Ryan R. Owens, Bar No. 269370
                                                 ryan.owens@lw.com
22                                               650 Town Center Drive, 20th Floor
                                                 Costa Mesa, CA 92626
23                                               (714) 540-1235
24                                               Attorneys for Defendant
                                                 HULU, LLC
25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. SACV11-01860 DOC (JPRx)
HULU'S ANSWER AND
AFFIRMATIVE DEFENSES