Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Adam G. Price (admitted *pro hac vice*)
aprice@dpelaw.com
Victor G. Hardy (admitted *pro hac vice*)
vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
bparrish@dpelaw.com
Nicole E. Glauser
nglauser@dpelaw.com (admitted *pro hac vice*)
James W. Coutu (admitted *pro hac vice*)
jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>NETFLIX, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; DISNEY ONLINE; AMERICAN BROADCASTING COMPANIES, INC.; YAHOO! INC., WALMART STORES, INC.; VUDU, INC.; and ESPN INTERNET VENTURES,<br><br>              Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS DEFENDANT YAHOO!, INC.WITH PREJUDICE** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ORDER ON JOINT STIPULATION TO DISMISS DEFENDANT YAHOO!, INC.

LITIOC/2069603v1/102298-0001

On this day, Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Yahoo!, Inc. ("Yahoo!") announced to the Court that they have settled Preservation's claims for relief against Yahoo! and Yahoo!'s claims for relief against Preservation. Preservation and Yahoo! have therefore requested that the Court dismiss Preservation's claims for relief against Yahoo! and Yahoo!'s claims for relief against Preservation, with prejudice and with all attorneys' fees, costs, and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Preservation's claims for relief against Yahoo! are dismissed with prejudice and that Yahoo!'s claims for relief against Preservation are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: April 22, 2013     By: /s/ David O. Carter
                              Honorable David O. Carter
                              U.S. District Court Judge

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-1-

ORDER ON JOINT STIPULATION TO DISMISS DEFENDANT YAHOO!, INC.

LITIOC/2069603v1/102298-0001