1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Tel: 949-725-4000
4
5  Adam G. Price (admitted *pro hac vice*)
   aprice@dpelaw.com
6  Victor G. Hardy (admitted *pro hac vice*)
   vhardy@dpelaw.com
7  William B. Parrish (admitted *pro hac vice*)
   bparrish@dpelaw.com
8  Nicole E. Glauser
   nglauser@dpelaw.com (admitted *pro hac vice*)
   James W. Coutu (admitted *pro hac vice*)
9  jcoutu@dpelaw.com
   DINOVO PRICE ELLWANGER & HARDY LLP
10 7000 North MoPac Expressway, Suite 350
   Austin, TX 78731
11 Tel: 512-539-2626

12 Attorneys for Plaintiff
   Preservation Technologies LLC
13

14              **UNITED STATES DISTRICT COURT**
15              **CENTRAL DISTRICT OF CALIFORNIA**
                      **SOUTHERN DIVISION**
16

| 17 | PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx) |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | v. | **JOINT STIPULATION TO VACATE THE APRIL 23, 2013 ORDER DISMISSING DEFENDANT YAHOO!, INC.** |
| 20 | NETFLIX, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; DISNEY ONLINE; AMERICAN BROADCASTING COMPANIES, INC.; YAHOO! INC.; WALMART STORES, INC.; VUDU, INC.; and ESPN INTERNET VENTURES, | |
| 21 | | *[PROPOSED] ORDER TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC. FILED CONCURRENTLY HEREWITH* |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |

26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

                                    1

JOINT STIPULATION TO VACATE THE APRIL 23, 2013 ORDER AND DISMISS YAHOO!, INC.
DOCSOC/1619971v1/102298-0001

## JOINT STIPULATION TO VACATE APRIL 23, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC.

**WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Yahoo!, Inc. ("Yahoo!") have settled Preservation's claims for relief against Yahoo! and Yahoo!'s claims for relief against Preservation;

**WHEREAS,** as part of that settlement, Preservation agreed to dismiss its claims and counterclaims against Yahoo! with prejudice and Yahoo! agreed to dismiss its claims and counterclaims against Preservation without prejudice;

**WHEREAS,** the parties filed a Stipulation and Proposed Order on April 19, 2013 inadvertently dismissing Yahoo!'s claims with prejudice, which was signed by the Court on April 23, 2013 [Dkt. No. 211];

**WHEREAS,** the parties desire to correct this error and submit herewith a *[Proposed]* Order To Vacate The April 23, 2013 Order And To Dismiss Defendant Yahoo!, Inc., that correctly states the parties' dismissals.

///
///
///
///
///
///
///
///
///
///

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

JOINT STIPULATION TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS YAHOO!, INC.
DOCSOC/1619971v1/102298-0001

1    **NOW, THEREFORE,** Preservation and Yahoo!, through their attorneys

2    of record, request this Court enter the [Proposed] Order vacating the April 23,

3    2013   Order   [Dkt.   No.   211]   and   to   dismiss   Preservation's   claims

4    and counterclaims against Yahoo! with prejudice and Yahoo!'s claims and

5    counterclaims for relief against Preservation without prejudice.

6

7    Dated: April 26, 2013                              Respectfully submitted,

8
                                                        /s/ Douglas Q. Hahn
9                                                       Attorney for Plaintiff
10                                                      Preservation Technologies LLC

11

12                                                      /s/ Andrew N. Thomases
                                                        Attorney for Defendant
13                                                      Yahoo!, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2

JOINT STIPULATION TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS YAHOO!, INC.
DOCSOC/1619971v1/102298-0001

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013, I electronically filed the forgoing document(s) in compliance with L.R. 5-3.3:

**(1) JOINT STIPULATION TO DISMISS DEFENDANT YAHOO!, INC. WITH PREJUDICE; and (2) [PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS DEFENDANT YAHOO!, INC. WITH PREJUDICE**

with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s). If they are not registered users, by serving a true and correct copy at the addresses listed below in compliance with in L.R. 5-3.1:

Lisa K. Nguyen
Email: lisa.nguyen@lw.com
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
Tel: 650-328-4600
Fax: 650-463-2600

Richard G. Frenkel
Email: rick.frenkel@lw.com
Ron E. Shulman
Email: ron.shulman@lw.com
S. Giriraj Pathmanaban
Email: giri.pathmanaban@lw.com
Latham & Watkins
140 Scott Dr
Menlo Park, California 94025-1008
Tel: 650-328-4600
Fax: 650-463-2600

Ryan R. Owens
Email: ryan.owens@lw.com
Latham & Watkins LLP
650 Town Center Drive 20th Floor
Costa Mesa, California 92626
Tel: 714-540-1235
Fax: 714-755-8290

*Attorneys for Defendant Hulu, LLC*

Alyssa Margaret Caridis
Email: acaridis@orrick.com
Orrick Herrington and Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles, California 90017

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

CERTIFICATE OF SERVICE

DOCSOC/1619971v1/102298-0001

Tel: 213-612-2020
Fax: 213-612-2499

Vicki L. Feeman
Email: vfeeman@orrick.com
Orrick Herrington and Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Tel: 650-614-7400
Fax: 650-614-7401

*Attorneys for Defendant Dish Network Corporation*

Darren E. Donnelly
Email: ddonnelly@fenwick.com
J. David Hadden
Email: dhadden@fenwick.com
Phillip John Haack
Email: phaack@fenwick.com
Virginia K. DeMarchi
Email: vdemarchi@fenwick.com
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041-2008
Tel: 650-988-8500
Fax: 650-938-5200

*Attorneys for Netflix, Inc.*

Bart L. Kessel
Email: bart.kessel@tuckerellis.com
Tucker Ellis & West LLP
515 South Flower Street 42nd Floor
Los Angeles, California 90071-2223
Tel: 213-430-3400
Fax: 213-430-3409

Bryant C. Boren , Jr
Email: bryant.c.boren@bakerbotts.com
Kevin E. Cadwell
Email: kevin.cadwell@bakerbotts.com
Baker Botts LLP
1001 Page Mill Road
Building One
Palo Alto, California 94304
Tel: 650-739-7500
Fax: 650-739-7699

Ali Dhanani *(Admitted Pro Hac Vice)*
Email: ali.dhanani@bakerbotts.com
Lisa Catherine Kelly *(Admitted Pro Hac Vice)*
Email: lisa.kelly@bakerbotts.com
Roger J. Fulghum *(Admitted Pro Hac Vice)*
Email: roger.fulghum@bakerbotts.com

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

CERTIFICATE OF SERVICE

DOCSOC/1619971v1/102298-0001

1  William P. Rothwell *(Admitted Pro Hac Vice)*
   Email: william.rothwell@bakerbotts.com
2  Michelle Jacobson Eber
   Email:  michelle.eber@bakerbotts.com
3  Baker Botts LLP
   910 Louisiana Street
4  Houston, Texas 77002-4995

5  Tel: 713-229-1108
   Fax: 713-229-2808

6  *Attorneys for Defendant AT&T Services, Inc.*

7  Jana Contreras
   Email: jxc@cpdb.com
8  Richard R. Patch
   Email: rrp@cpdb.com
9  Coblentz Patch Duffy and Bass LLP
   One Ferry Building Suite 200
10 San Francisco, California 94111
   Tel: 415-391-4800
11 Fax: 415-989-1663

12 Richard W. Goldstucker
   Email: Rgoldstucker@kilpatricktownsend.com
13 Vaibhav P. Kadaba
   Email: Wkadaba@kilpatricktownsend.com
14 Audra A. Dial *(Admitted Pro Hac Vice)*
   Email: adial@kilpatricktownsend.com
15 Mitchell G. Stockwell *(Admitted Pro Hac Vice)*
   Email: mstockwell@ kilpatricktownsend.com
16 Richard W. Goldstucker *(Admitted Pro Hac Vice)*
   Email: rgoldstucker@kilpatricktownsend.com
17 Vaibhav P. Kadaba *(Admitted Pro Hac Vice)*
   Email:  wkadaba@kilpatricktownsend.com
18 Kilpatrick Townsend and Stockton LLP
   1100 Peachtree Street NE Suite 2800
19 Atlanta, Georgia 30309-4528
   Tel: 404-815-6073
20 Fax: 404-541-3301

21 Richard R. Patch
   Email: rrp@cpdb.com
22 Coblentz Patch Duffy and Bass LLP
   One Ferry Building Suite 200
23 San Francisco, California 94111
   Tel: 415-391-4800
24 Fax: 415-989-0663

25 *Attorneys for Cox Communications, Inc.*

26 Evan Finkel
   Email: evan.finkel@pillsburylaw.com
27 Michael S. Horikawa
   Email: michael.horikawa@pillsburylaw.com
28 Richard H. Zaitlen

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-

CERTIFICATE OF SERVICE

DOCSOC/1619971v1/102298-0001

1  Email: richard.zaitlen@pillsburylaw.com
   Pillsbury Winthrop Shaw Pittman LLP
2  725 South Figueroa Street Suite 2800
   Los Angeles, California 90017-5406
3  Tel: 213-488-7100
   Fax: 213-226-4058

4  Peter K. Hahn
   Email: peter.hahn@pillsburylaw.com
5  Pillsbury Winthrop Shaw Pittman LLP
   501 West Broadway Suite 1100
6  San Diego, California 92101-3575
   Tel: 619-544-3108
7  Fax: 619-236-1995

8  *Attorneys for American Broadcasting Companies, Inc.,*
   *Disney Online, and ESPN Internet Ventures*
9
   Andrew N. Thomases
10 Email: andrew.thomases@skadden.com
   James J. Elacqua
11 Email: james.elacqua@skadden.com
   Matthew S. Paik
12 Email: matthew.paik@skadden
   Michael D. Saunders
13 Email: michael.saunders@skadden.com
   Skadden Arps Slate Meagher and Flom LLP
14 525 University Avenue Suite 1100
   Palo Alto, California 943041
15 Tel: 650-470-4500
   Fax: 650-470-4570
16
   Jason D. Russell
17 Email: jrussell@skadden.com
   Skadden Arps Slate Meagher and Flom LLP
18 300 South Grand Avenue Suite 3400
   Los Angeles, California 90071-3144
19 Tel: 213-687-5000
   Fax: 213-687-5600
20
   *Attorneys for Yahoo! Inc.*
21
   Bijal V. Vakil
22 Email: bvakil@whitecase.com
   White & Case LLP
23 3000 El Camino Real, Bldg. 5, Fl. 9
   Palo Alto, California 94306
24 Tel: 650-213-0300
   Fax: 650-213-8158
25
   George L. Kanabe
26 Email: gkanabe@sheppardmullin.com
   Deepali Brahmbhatt
27 Email: dbrahmbhatt@sheppardmullin.com
   Sheppard Mullin Richter and Hampton LLP
28 379 Lytton Avenue□

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-

CERTIFICATE OF SERVICE

DOCSOC/1619971v1/102298-0001

1   Palo Alto, California 94301
    Tel: 650-815-2688
2   Fax: 650-815-4677

3

4   Shamita D. Etienne-Cummings
    Email: setienne@whitecase.com
5   White & Case LLP
    633 W. Fifth Street, Suite 1900
6   Los Angeles, CA 90071
    Tel: 213-620-7700
7   Fax: 213-452-2329

8   *Attorneys for Defendants*
    *Walmart Stores, Inc. and VuDu, Inc.*

9

10

11

12   April 26, 2013
     Date                                    Jennifer Crummett-Smith

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

CERTIFICATE OF SERVICE

DOCSOC/1619971v1/102298-0001