| | |
|---|---|
| 1 | Douglas Q. Hahn, State Bar No. 257559 |
| 2 | dhahn@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH |
| 3 | 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422 |
| 4 | Tel: 949-725-4000 |
| 5 | Adam G. Price (admitted *pro hac vice*)<br>aprice@dpelaw.com |
| 6 | Victor G. Hardy (admitted *pro hac vice*)<br>vhardy@dpelaw.com |
| 7 | William B. Parrish (admitted *pro hac vice*)<br>bparrish@dpelaw.com |
| 8 | Nicole E. Glauser<br>nglauser@dpelaw.com (admitted *pro hac vice*) |
| 9 | James W. Coutu (admitted *pro hac vice*)<br>jcoutu@dpelaw.com |
| 10 | DINOVO PRICE ELLWANGER & HARDY LLP<br>7000 North MoPac Expressway, Suite 350 |
| 11 | Austin, TX 78731<br>Tel: 512-539-2626 |
| 12 | Attorneys for Plaintiff |
| 13 | Preservation Technologies LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.; HULU, LLC; DISH NETWORK CORPORATION, AT&T SERVICES, INC.; COX COMMUNICATIONS, INC.; DISNEY ONLINE; AMERICAN BROADCASTING COMPANIES, INC.; YAHOO! INC., WALMART STORES, INC.; VUDU, INC.; and ESPN INTERNET VENTURES,<br><br>          Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**ORDER TO VACATE THE APRIL 22, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC.** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ORDER TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC.
LITIOC/2070130v1/102298-0001

On April 19, 2013 Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Yahoo!, Inc. ("Yahoo!") announced to the Court that they had settled their respective claims and counterclaims for relief asserted in this action. Preservation and Yahoo! submitted a *[Proposed]* Order on their Joint Stipulation to Dismiss Defendant Yahoo!, Inc. With Prejudice (the "April 22, 2013 Order"), which was executed by this Court on April 22, 2013 [Dkt. No. 211]. The April 22, 2013 Order as submitted to the Court, however, incorrectly dismissed Yahoo!'s claims and counterclaims with prejudice, which Preservation and Yahoo! desire to correct. The Court, having considered this request, is of the opinion that their request to vacate the April 22, 2013 Order and enter this Order correctly dismissing Yahoo! should be granted.

**IT IS THEREFORE ORDERED** that the April 22, 2013 Order [Dkt. No. 211] is hereby Vacated;

**IT IS FURTHER ORDERED** that all claims and counterclaims for relief asserted against Yahoo! by Preservation herein are dismissed, with prejudice, and all claims and counterclaims for relief against Preservation by Yahoo! are dismissed without prejudice; and

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

The Court shall retain jurisdiction of this matter to the extent necessary to enforce the terms of Patent License, Release, and Settlement

//
//
//

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

ORDER TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC.
LITIOC/2070130v1/102298-0001

1  Agreement, the terms and conditions of which are incorporated herein by
2  this reference.
3
4
5  Dated: May 1, 2013                     By: /s/ David O. Carter
                                              Honorable David O. Carter
6                                             U.S. District Court Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

ORDER TO VACATE THE APRIL 23, 2013 ORDER AND TO DISMISS DEFENDANT YAHOO!, INC.
LITIOC/2070130v1/102298-0001