1
2
3
4

Douglas Q. Hahn, State Bar No. 257559
 dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel: 949-725-4000

5
6
7
8
9
10
11

Adam G. Price (admitted *pro hac vice*)
 aprice@dpelaw.com
Victor G. Hardy (admitted *pro hac vice*)
 vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
 bparrish@dpelaw.com
Nicole E. Glauser
 nglauser@dpelaw.com (admitted *pro hac vice*)
James W. Coutu (admitted *pro hac vice*)
 jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX 78731
Tel: 512-539-2626

12
13

Attorneys for Plaintiff
Preservation Technologies LLC

14
15
16

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

17
18

PRESERVATION TECHNOLOGIES
LLC,

                Plaintiff,

19

        v.

20
21
22
23
24

NETFLIX, INC.; HULU, LLC; DISH
NETWORK CORPORATION, AT&T
SERVICES, INC.; COX
COMMUNICATIONS, INC.; DISNEY
ONLINE; AMERICAN
BROADCASTING COMPANIES,
INC.; YAHOO! INC.; WALMART
STORES, INC.; VUDU, INC.; and
ESPN INTERNET VENTURES,

                Defendants.

CASE NO.: SACV11-01860 DOC
(JPRx)

**JOINT STIPULATION TO
DISMISS DEFENDANTS
WALMART STORES, INC. AND
VUDU INC.**

*[PROPOSED] ORDER TO
DISMISS DEFENDANTS
WALMART STORES, INC.
AND VUDU INC. FILED
CONCURRENTLY HEREWITH*

25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS WALMART STORES, INC. AND VUDU INC.

1  **JOINT STIPULATION TO TO DISMISS WITH PREJUDICE**

2  **WHEREAS,** Plaintiff Preservation Technologies, LLC ("Preservation")

3  and Defendants Walmart Stores, Inc. and VUDU Inc. ("Defendants") have

4  settled Preservation's claims for relief against Defendants and Defendants'

5  claims for relief against Preservation;

6  **NOW, THEREFORE,** Preservation and Defendants, through their

7  attorneys of record, request this Court to dismiss Preservation's claims for relief

8  against Defendants and Defendants' counterclaims for relief against

9  Preservation, with prejudice and with all attorney's fees, costs of court and

10  expenses borne by the party incurring the same.

11

12  Dated: May 31, 2013                    Respectfully submitted,

13

14                                      /s/ Douglas Q. Hahn
                                        Attorney for Plaintiff
15                                      Preservation Technologies LLC

16

17                                      /s/ Bijal V. Vakil
                                        Attorney for Defendants
18                                      Walmart Stores, Inc. and VUDU Inc.

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

JOINT STIPULATION TO DISMISS WALMART STORES, INC. AND VUDU INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed the forgoing document(s) in compliance with L.R. 5-3.3:

**(1) JOINT STIPULATION TO DISMISS DEFENDANTS WALMART STORES, INC. AND VUDU INC.; and (2) [PROPOSED] ORDER TO DISMISS DEFENDANTS WALMART STORES, INC. AND VUDU INC.**

with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s).  If they are not registered users, by serving a true and correct copy at the addresses listed below in compliance with in L.R. 5-3.1:

May 31, 2013
_____
Date

_____
Jennifer Crummett-Smith