Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Victor G. Hardy (admitted *pro hac vice*)
vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
bparrish@dpelaw.com
Nicole E. Glauser
nglauser@dpelaw.com (admitted *pro hac vice*)
James W. Coutu (admitted *pro hac vice*)
jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., et al.,<br><br>        Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT COX COMMUNICATIONS, INC. WITH PREJUDICE**<br><br>*[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH* |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2075174v1/102298-0001

1    Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Cox

2    Communications, Inc. ("Cox"), by and through their counsel of record, hereby submit

3    this joint stipulation for dismissal with prejudice of Preservation's claims against Cox

4    and Cox's claims against Preservation in the above-captioned action.  Each party will

5    bear its own costs and attorney's fees incurred in the action.

6    Dated: June 25, 2013                    Respectfully submitted,

7

8                                            /s/ Douglas Q. Hahn
                                             Attorney for Plaintiff
9                                            Preservation Technologies LLC

10

11                                           /s/ Vaibhav P. Kadaba
                                             Richard R. Patch
12                                           Jana L. Contreras
                                             COBLENTZ, PATCH, DUFFY & BASS LLP
13                                           One Ferry Building, Suite 200
14                                           San Francisco, CA 94111-4213
                                             Tel.: 415.772.5785
15                                           ef-rrp@cpdb.com
16                                           ef-jxc@cpdb.com

17
                                             Mitchell G. Stockwell (admitted pro hac vice)
18                                           Vaibhav P. Kadaba (admitted pro hac vice)
19                                           Audra A. Dial (admitted pro hac vice)
                                             Richard W. Goldstucker (admitted pro hac vice)
20                                           KILPATRICK TOWNSEND & STOCKTON LLP
21                                           1100 Peachtree Street, Suite 1100
                                             Atlanta, GA 30309
22                                           Tel.: 404.815.6500
23                                           mstockwell@kilpatricktownsend.com
                                             wkadaba@kilpatricktownsend.com
24                                           adial@kilpatricktownsend.com
25                                           rgoldstucker@kilpatricktownsend.com
                                             Attorneys for Defendant
26                                           Cox Communications, Inc.

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2075174v1/102298-0001

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on June 25, 2013, I electronically filed the forgoing
document(s) in compliance with L.R. 5-3.3:

4

5    **JOINT STIPULATION TO DISMISS DEFENDANT COX
COMMUNICATIONS, INC. WITH PREJUDICE**

6

7    with the Clerk of Court using the CM/ECF System, which will send notification of
such filing to the attorney(s) of record at their listed email addresse(s).  If they are
not registered users, by serving a true and correct copy at the addresses listed
below in compliance with in L.R. 5-3.1:

8

9

10

11

12    June 25, 2013 _____                    /s/ Jennifer Crummett-Smith _____
Date                                         Jennifer Crummett-Smith

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

CERTIFICATE OF SERVICE

LITIOC/2075174v1/102298-0001