1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Tel: 949-725-4000
4
5  Victor G. Hardy (admitted *pro hac vice*)
   vhardy@dpelaw.com
6  William B. Parrish (admitted *pro hac vice*)
   bparrish@dpelaw.com
7  Nicole E. Glauser
   nglauser@dpelaw.com (admitted *pro hac vice*)
8  James W. Coutu (admitted *pro hac vice*)
   jcoutu@dpelaw.com
9  DINOVO PRICE ELLWANGER & HARDY LLP
   7000 North MoPac Expressway, Suite 350
10 Austin, TX 78731
   Tel: 512-539-2626
11
   Attorneys for Plaintiff
12 Preservation Technologies LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC., et al.,<br><br>　　　　Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT HULU, LLC WITH PREJUDICE**<br><br>*[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH* |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2075178v1/102298-0001

Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Hulu, LLC ("Hulu"), by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Preservation's claims against Hulu in the above-captioned action. Each party will bear its own costs and attorney's fees incurred in the action.

Dated: June 25, 2013               Respectfully submitted,

                                   */s/ Douglas Q. Hahn*
                                   Attorney for Plaintiff
                                   Preservation Technologies LLC


                                   */s/ Richard G. Frenkel*
                                   Attorney for Defendant
                                   Hulu, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2075178v1/102298-0001

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, I electronically filed the forgoing document(s) in compliance with L.R. 5-3.3:

**JOINT STIPULATION TO DISMISS DEFENDANT HULU, LLC WITH PREJUDICE**

with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s). If they are not registered users, by serving a true and correct copy at the addresses listed below in compliance with in L.R. 5-3.1:

June 25, 2013  /s/ Jennifer Crummett-Smith
Date  Jennifer Crummett-Smith

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

CERTIFICATE OF SERVICE

LITIOC/2075178v1/102298-0001