1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA  92660-6422
   Tel: 949-725-4000
4
5  Victor G. Hardy (admitted *pro hac vice*)
   vhardy@dpelaw.com
6  William B. Parrish (admitted *pro hac vice*)
   bparrish@dpelaw.com
7  Nicole E. Glauser
   nglauser@dpelaw.com (admitted *pro hac vice*)
8  James W. Coutu (admitted *pro hac vice*)
   jcoutu@dpelaw.com
9  DINOVO PRICE ELLWANGER & HARDY LLP
   7000 North MoPac Expressway, Suite 350
10 Austin, TX  78731
   Tel: 512-539-2626

11 Attorneys for Plaintiff
   Preservation Technologies LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., et al.,<br><br>           Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT COX COMMINICATIONS, INC. WITH PREJUDICE   [231]** |

1  The Court has received the stipulation to dismiss Plaintiff Preservation
2  Technologies LLC's ("Preservation") claims against Defendant Cox
3  Communications, Inc. ("Cox") and Cox's counterclaims against Preservation,
4  with prejudice. Good cause appearing, the stipulation is GRANTED.
5  Accordingly, it is hereby ORDERED that all claims for relief asserted by
6  Preservation against Cox and by Cox against Preservation are dismissed with
7  prejudice and each party shall bear its own costs and attorneys' fees incurred in
8  the action.

Signed this 26th day of June, 2013.

*David O. Carter*

Honorable David O. Carter
U.S. District Court Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ORDER TO DISMISS WITH PREJUDICE

LITIOC/2075176v1/102298-0001