1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA  92660-6422
   Tel: 949-725-4000
4
5  Victor G. Hardy (admitted *pro hac vice*)
   vhardy@dpelaw.com
6  William B. Parrish (admitted *pro hac vice*)
   bparrish@dpelaw.com
7  Nicole E. Glauser
   nglauser@dpelaw.com (admitted *pro hac vice*)
8  James W. Coutu (admitted *pro hac vice*)
   jcoutu@dpelaw.com
9  DINOVO PRICE ELLWANGER & HARDY LLP
   7000 North MoPac Expressway, Suite 350
10 Austin, TX  78731
   Tel: 512-539-2626

11 Attorneys for Plaintiff
   Preservation Technologies LLC
12

13                    **UNITED STATES DISTRICT COURT**
14                    **CENTRAL DISTRICT OF CALIFORNIA**
15                          **SOUTHERN DIVISION**

16  PRESERVATION TECHNOLOGIES LLC,              CASE NO.: SACV11-01860 DOC (JPRx)
17            Plaintiff,
18       v.                                      **JOINT STIPULATION TO DISMISS DEFENDANT NETFLIX, INC. WITH PREJUDICE**
19  NETFLIX, INC., et al.,
20            Defendants.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2076435v1/102298-0001

Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant Netflix, Inc. ("Netflix"), by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Preservation's claims against Netflix and Netflix's claims against Preservation in the above-captioned action.  Each party will bear its own costs and attorney's fees incurred in the action.

Dated: July 15, 2013                    Respectfully submitted,

                                        */s/ Douglas Q. Hahn*
                                        Douglas Q. Hahn
                                        dhahn@sycr.com
                                        STRADLING YOCCA CARLSON & RAUTH
                                        660 Newport Center Drive, Suite 1600
                                        Newport Beach, CA  92660-6422
                                        Tel: 949-725-4000
                                        Attorney for Plaintiff
                                        Preservation Technologies LLC


                                        */s/ J. David Hadden*
                                        J. David Hadden
                                        Email: dhadden@fenwick.com
                                        Virginia K. Demarchi
                                        Email: vdemarchi@fenwick.com
                                        Darren D. Donnelly
                                        Email: ddonnelly@fenwick.com
                                        Phillip J. Haack
                                        Email: phaack@fenwick.com
                                        Fenwick & West LLP
                                        Silicon Valley Center
                                        801 California Street
                                        Mountain View, CA 94041-2008
                                        Tel: (650) 988-8500
                                        Fax: (650) 938-5200

                                        Attorney for Defendant
                                        Netflix, Inc.

STRADLING YOCCA
CARLSON & RAUTH
    LAWYERS
 NEWPORT BEACH

-1-

JOINT STIPULATION TO DISMISS WITH PREJUDICE

LITIOC/2076435v1/102298-0001

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically filed the forgoing document(s) in compliance with L.R. 5-3.3:

**JOINT STIPULATION TO DISMISS DEFENDANT NETFLIX, INC. WITH PREJUDICE**

with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s). If they are not registered users, by serving a true and correct copy at the addresses listed below in compliance with in L.R. 5-3.1:

July 15, 2013
Date

Jennifer Crummett-Smith