Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel: 949-725-4000

Victor G. Hardy (admitted *pro hac vice*)
vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
bparrish@dpelaw.com
Nicole E. Glauser
nglauser@dpelaw.com (admitted *pro hac vice*)
James W. Coutu (admitted *pro hac vice*)
jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX 78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, <br><br>     Plaintiff, <br><br> v. <br><br> NETFLIX, INC., et al., <br><br>     Defendants. | CASE NO.: SACV11-01860 DOC (JPRx) <br><br> **JOINT STIPULATION TO DISMISS DEFENDANTS DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC. AND ESPN INTERNET VENTURES** |

On this day, Plaintiff Preservation Technologies, LLC ("Preservation") and Defendants Disney Online, American Broadcasting Companies, Inc., and ESPN Internet Ventures (collectively, "the Disney-Related Defendants") hereby announce to the Court that they have entered into a Patent License, Release, and Settlement Agreement and settled their respective claims and counterclaims for relief asserted in this action.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS DISNEY-RELATED DEFENDANTS

LITIOC/2077686v2/102298-0001

1. Preservation and the Disney-Related Defendants, by and through their counsel of record, hereby submit this joint stipulation for dismissal of all of Preservation's claims for relief against the Disney-Related Defendants, with prejudice, and dismissal of all of the Disney-Related Defendants' counterclaims for relief against Preservation, without prejudice as moot.  Each party will bear its own costs and attorney's fees incurred in the action.

Preservation and the Disney-Related Defendants further stipulate that the Court shall retain jurisdiction of this matter to the extent necessary to enforce the terms of the Patent License, Release, and Settlement Agreement, the terms and conditions of which are incorporated herein by reference.

Dated: July 30, 2013                    Respectfully submitted,

/s/ Douglas Q. Hahn
Attorney for Plaintiff
Preservation Technologies LLC

/s/ Evan Finkel

Evan Finkel
Email: evan.finkel@pillsburylaw.com
Richard H. Zaitlen
Email: richard.zaitlen@pillsburylaw.com
Michael S. Horikawa
Email: michael.horikawa@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7307
Fax: (213) 226-4058

Peter K. Hahn
Email: peter.hahn@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman, LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Tel: (619) 544-3108
Fax: (619) 236-1995

*Attorneys for Defendants Disney Online, American Broadcasting Companies, Inc., and ESPN Internet Ventures*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

JOINT STIPULATION TO DISMISS DISNEY-RELATED DEFENDANTS

LITIOC/2077686v2/102298-0001

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I electronically filed the forgoing document(s) in compliance with L.R. 5-3.3:

**JOINT STIPULATION TO DISMISS DEFENDANTS DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC. AND ESPN INTERNET VENTURES**

with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s). If they are not registered users, by serving a true and correct copy at the addresses listed below in compliance with in L.R. 5-3.1:

July 30, 2013
Date

Jennifer Crummett-Smith