I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
VICKIE L. FEEMAN (SBN 177487)
vfeeman@orrick.com
MONTE M.F. COOPER (SBN 196746)
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant
Dish Network Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., *et al.*<br><br>Defendants. | Case No. SACV 11-01860 DOC (JPRx)<br><br>**ORDER GRANTING EXTENSION FOR ALL PARTIES TO EXCHANGE PRELIMINARY AND RESPONSIVE CLAIM CONSTRUCTIONS** |

It is hereby **ORDERED** that the following deadlines are in effect until further order by this Court:

| Event or Deadline | Previous Date | New Date |
|---|---|---|
| Parties to exchange Preliminary Claim Constructions | 07/19/2013 | 3 weeks after service of amended Infringement Contentions for all parties, no later than October 21, 2013 |
| Parties to exchange Responsive Claim Constructions | 08/09/2013 | 3 weeks after service of Preliminary Claim Constructions for all parties, no later than November 11, 2013 |

**IT IS SO ORDERED.**

Dated:      August 14, 2013         By: *David O. Carter*
                                         Hon. David Carter
                                         United States District Court Judge