1  Douglas Q. Hahn, State Bar No. 257559
   dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Tel: 949-725-4000
4
5  Victor G. Hardy (admitted *pro hac vice*)
   vhardy@dpelaw.com
6  William B. Parrish (admitted *pro hac vice*)
   bparrish@dpelaw.com
7  Nicole E. Glauser
   nglauser@dpelaw.com (admitted *pro hac vice*)
8  DINOVO PRICE ELLWANGER & HARDY LLP
   7000 North MoPac Expressway, Suite 350
9  Austin, TX 78731
   Tel: 512-539-2626

10 Attorneys for Plaintiff
   Preservation Technologies LLC
11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| PRESERVATION TECHNOLOGIES LLC, | CASE NO.: SACV11-01860 DOC (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| NETFLIX, INC., et al., | |
| Defendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS

LITIOC/2088350v1/102298-0001

Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant AT&T Services, Inc. ("AT&T"), by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Preservation's claims against AT&T and AT&T's claims against Preservation in the above-captioned action. Each party will bear its own costs and attorney's fees incurred in the action.

Dated: January 28, 2014        Respectfully submitted,

*/s/ Douglas Q. Hahn*
Attorney for Plaintiff
Preservation Technologies LLC


*/s/ Roger J. Fulghum*
Attorney for Defendant
AT&T Services, Inc.

1  I certify that on January 28, 2014, the following document(s):

2  **JOINT STIPULATION TO DISMISS WITH PREJUDICE; PROPOSED ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**

3

4  was/were served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

5

6

7  Alyssa Margaret Caridis
Email: acaridis@orrick.com
8  Dish-PTL_OHS@orrick.com
Orrick Herrington and Sutcliffe LLP
9  777 South Figueroa Street Suite 3200
10  Los Angeles, California 90017
Tel: 213-612-2020
11  Fax: 213-612-2499

12

13  I. Neel Chatterjee
Email:  nchatterjee@orrick.com
14  M.F. Cooper
Email:  mcooper@orrick.com
15
Vicki L. Feeman
16  Email: vfeeman@orrick.com
17  Orrick Herrington and Sutcliffe LLP
1000 Marsh Road
18  Menlo Park, CA 94025
19  Tel: 650-614-7400
Fax: 650-614-7401
20

21  *Attorneys for Defendant Dish Network Corporation*

22  Bart L. Kessel
Email:  bart.kessel@tuckerellis.com
23  Tucker Ellis & West LLP
515 South Flower Street, 42nd Floor
24  Los Angeles, CA  90071-2223
Tel:  213-430-3400
25
Bryant C. Boren, Jr.
26  Email:  bryant.c.boren@bakerbotts.com
Kevin E. Cadwell
27  Email:  Kevin.cadwell@bakerbotts.com
Baker Botts LLP
28  1001 Page Mill Road, Building One

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
CERTIFICATE OF SERVICE
LITIOC/2088350v1/102298-0001

| | |
|---|---|
| 1 | Palo Alto, CA 94304<br>Tel: 650-739-7500 |
| 2 | Ali Dhanani *(Admitted Pro Hac Vice)* |
| 3 | Email: ali.dhanani@bakerbotts.com |
| | Lisa Catherine Kelly *(Admitted Pro Hac Vice)* |
| 4 | Email: lisa.kelly@bakerbotts.com |
| 5 | Roger J. Fulghum *(Admitted Pro Hac Vice)*<br>Email: roger.fulghum@bakerbotts.com |
| 6 | William P. Rothwell *(Admitted Pro Hac Vice)* |
| 7 | Email: william.rothwell@bakerbotts.com<br>Baker Botts LLP |
| 8 | 910 Louisiana Street |
| 9 | Houston, TX 77001-4995<br>Tel: 713-229-1108 |
| 10 | |
| 11 | *Attorneys for Defendant AT&T Services, Inc.* |

Date: January 28, 2014

_____
Jennifer Crummett-Smith

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
CERTIFICATE OF SERVICE
LITIOC/2088350v1/102298-0001