Douglas Q. Hahn, State Bar No. 257559
 dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Victor G. Hardy (admitted *pro hac vice*)
 vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
 bparrish@dpelaw.com
Nicole E. Glauser
 nglauser@dpelaw.com (admitted *pro hac vice*)
James W. Coutu (admitted *pro hac vice*)
 jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br>v.<br><br>NETFLIX, INC, et al.,<br><br>Defendants. | **CASE** NO.: SACV11-01860 DOC (JPRx)<br><br>**JOINT STATUS OF SETTLEMENT DISCUSSIONS AND MOTION TO EXTEND STAY OF DEADLINES BETWEEN PLAINTIFF PRESERVATION TECHNOLOGIES, LLC AND DEFENDANT DISH NETWORK CORPORATION** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT NOTICE OF STATUS OF SETTLEMENT AND MOTION TO EXTEND STAY
LITIOC/2089023v1/102298-0001

Plaintiff Preservation Technologies, LLC ("Preservation) and Defendant DISH Network Corp. ("DISH") hereby notify the Court that the Parties continue to engage in on-going, good faith negotiations in order to reach an agreement that will resolve the claims between them. The parties have each exchanged drafts with edits from their respective sides, reached agreement on most issues, and are working through a few remaining issues. They are hopeful that such an agreement will be finalized in the next 30 days. Therefore, the parties request that the current stay of all deadlines between them be extended another thirty (30) days, up to and including March 12, 2014, so that Preservation and DISH may finalize the terms of any agreement without incurring further litigation-related expenses.

DATED: Feb. 10, 2014         STRADLING YOCCA CARLSON & RAUTH
                             A Professional Corporation

                             By: */s/ Douglas Q. Hahn*
                                 DOUGLAS Q. HAHN
                                 Attorneys for Plaintiff PRESERVATION TECHNOLOGIES LLC

DATED: Feb. 10, 2014         Orrick, Herrington & Sutcliffe LLP

                             By   */s/ Alyssa M. Caridis* [with permission]
                                  Alyssa M. Caridis
                             Attorneys for DISH Network Corp.

ATTORNEY ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this document.

/s/ Douglas Q. Hahn

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

JOINT NOTICE OF STATUS OF SETTLEMENT AND MOTION TO EXTEND STAY
LITIOC/2089023v1/102298-0001