| | |
|---|---|
| 1 | Douglas Q. Hahn, State Bar No. 257559 |
| 2 | dhahn@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH |
| 3 | 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA  92660-6422 |
| 4 | Tel: 949-725-4000 |
| 5 | Victor G. Hardy (admitted *pro hac vice*)<br>vhardy@dpelaw.com |
| 6 | William B. Parrish (admitted *pro hac vice*)<br>bparrish@dpelaw.com |
| 7 | Nicole E. Glauser<br>nglauser@dpelaw.com (admitted *pro hac vice*) |
| 8 | James W. Coutu (admitted *pro hac vice*)<br>jcoutu@dpelaw.com |
| 9 | DINOVO PRICE ELLWANGER & HARDY LLP<br>7000 North MoPac Expressway, Suite 350 |
| 10 | Austin, TX  78731<br>Tel: 512-539-2626 |
| 11 | Attorneys for Plaintiff |
| 12 | Preservation Technologies LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>NETFLIX, INC, et al.,<br><br>              Defendants. | CASE NO.: SACV11-01860 DOC (JPRx)<br><br>**ORDER EXTENDING STAY DEADLINES BETWEEN PLAINTIFF PRESERVATION TECHNOLOGIES, LLC, AND DEFENDANT DISH NETWORK CORP.  [254]** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ORDER EXTENDING STAY DEADLINES

LITIOC/2089031v1/102298-0001

1    On February 10, 2014, Plaintiff Preservation Technologies, LLC ("Preservation) and Defendant DISH Network Corp. ("DISH") served on this Court, notice that the foregoing parties are engaging in on-going settlement discussions and requesting that all deadlines between them be stayed for thirty (30) days, up to and including March 12, 2014, to allow the parties time to finalize the terms of any agreement without incurring further litigation-related expenses.

The Court finds that this extension of stay is appropriate for reasons of judicial economy and because it may increase the likelihood that the parties can negotiate a mutually acceptable resolution of the claims between them if they are permitted to continue to negotiate and/or document settlement without incurring further litigation-related expenses.

**IT IS SO ORDERED**

Dated: February 12, 2014

By: _/s/ David O. Carter_____
    Honorable David O. Carter