1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PRESERVATION TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: SACV11-01860 DOC (JPRx)<br><br>**JOINT STATUS OF SETTLEMENT DISCUSSIONS AND MOTION TO EXTEND STAY OF DEADLINES BETWEEN PLAINTIFF PRESERVATION TECHNOLOGIES, LLC AND DEFENDANT DISH NETWORK CORPORATION** |
|---|---|

| | |
|---|---|
| 1 | Plaintiff Preservation Technologies, LLC ("Preservation) and Defendant |
| 2 | DISH Network Corp. ("DISH") hereby notify the Court that the Parties continue to |
| 3 | engage in on-going, good faith negotiations in order to reach an agreement that |
| 4 | will resolve the claims between them, and believe that such an agreement will be |
| 5 | finalized in the next 30 days. Therefore, the parties request that the current stay of |
| 6 | all deadlines between them be extended another thirty (30) days, up to and |
| 7 | including April 11, 2014, so that Preservation and DISH may finalize the terms of |
| 8 | any agreement without incurring further litigation-related expenses. |

Respectfully submitted,

Dated: March 12, 2014        DiNovo Price Ellwanger & Hardy LLP

By   /s/ *Victor Hardy* [with permission]
         Victor Hardy
Attorney for Preservation Technologies LLC

Dated: March 12, 2014        Orrick, Herrington & Sutcliffe LLP

By   /s/ *Alyssa M. Caridis*
         Alyssa M. Caridis
Attorney for DISH Network Corp.

**ATTORNEY ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this document.

   /s/ *Alyssa M. Caridis*
   Alyssa M. Caridis