Douglas Q. Hahn, State Bar No. 257559
  dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Victor G. Hardy (admitted *pro hac vice*)
  vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
  bparrish@dpelaw.com
Nicole E. Glauser (admitted *pro hac vice*)
  nglauser@dpelaw.com
James W. Coutu (admitted *pro hac vice*)
  jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br> v. <br><br> NETFLIX, INC, et al., <br><br> Defendants. | CASE NO.: SACV11-01860 DOC (JPRx) <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

JOINT STIPULATION TO DISMISS WITH PREJUDICE
SACV11-01860

LITIOC/2097587v1/102298-0001

1     Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant DISH Network Corp. ("DISH"), by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Preservation's claims against DISH and DISH's claims against Preservation in the above-captioned action. Each party will bear its own costs and attorneys' fees incurred in the action.

DATED: June 17, 2014      STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By:  /s/ Douglas Q. Hahn
DOUGLAS Q. HAHN
Attorneys for Plaintiff PRESERVATION TECHNOLOGIES LLC

DATED: June 17, 2014      Orrick, Herrington & Sutcliffe LLP

By:  /s/ Alyssa M. Caridis [with permission]
Alyssa M. Caridis
Attorneys for DISH Network Corp.

## ATTORNEY ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this document.

/s/ Douglas Q. Hahn

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2097587v1/102298-0001

1
JOINT STIPULATION TO DISMISS WITH PREJUDICE
SACV11-01860