Douglas Q. Hahn, State Bar No. 257559
  dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Victor G. Hardy (admitted *pro hac vice*)
  vhardy@dpelaw.com
William B. Parrish (admitted *pro hac vice*)
  bparrish@dpelaw.com
Nicole E. Glauser (admitted *pro hac vice*)
  nglauser@dpelaw.com
James W. Coutu (admitted *pro hac vice*)
  jcoutu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br> v. <br><br> NETFLIX, INC, et al., <br><br> Defendants. | CASE NO.: SACV11-01860 DOC (JPRx) <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE  [262]** |

1  The Court has received the stipulation to dismiss Plaintiff Preservation Technologies, LLC's (Preservation") claims against Defendant DISH Network Corp. ("DISH") and DISH's counterclaims against Preservation, with prejudice. Good cause appearing therefor, it is hereby ORDERED that all claims for relief asserted by Preservation against DISH and by DISH against Preservation herein are dismissed with prejudice and each party shall bear its own costs and attorneys' fees incurred in the action.

Signed this 18th day of June, 2014.

*David O. Carter*

Honorable David O. Carter
United States District Judge